SK:MTK
F.# 2016R02228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D  O R D E R |
| - against - | 18-CR-633 (ERK) |
| ALEKSANDR ZHUKOV et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Saritha Komatireddy, for an order unsealing the following seizure warrants and underlying affidavits in the above-captioned matter:

| Docket No. |
|---|
| 18-M-1002 |
| 18-M-1003 |
| 18-M-1004 |
| 18-M-1023 |
| 18-M-1055 |
| 18-M-0997 |

for an order unsealing the following search warrants (but not the underlying affidavits) in the above captioned matter:

| Docket No. |
|---|
| 18-M-993 |
| 18-M-994 |

and for an order unsealing the following complaints and arrest warrants in the above captioned matter:

| Docket No. |
|---|
| 18-MJ-625 |
| 18-MJ-696 |

WHEREFORE, it is ordered that the above-listed (1) seizure warrants and underlying affidavits, (2) search warrants (but not the underlying affidavits), and (3) complaints and arrest warrants, be unsealed.

Dated:   Brooklyn, New York
         November 27, 2018

S/Steven M. Gold

_____
HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK