Rec. 4/15/19  1.8

TRULINCS 91388053 - ZHUKOV, ALEKSANDR - Unit: BRO-H-A
----------------------------------------------------------------F-I-L-E-D------------------
                                                              IN CLERK'S OFFICE
FROM: 91388053                                        U.S. DISTRICT COURT E.D.N.Y.
TO:                                                        ★   APR 1 2 2019   ★
SUBJECT:
DATE: 04/09/2019 01:02:46 PM                             BROOKLYN OFFICE

Your Honor

My name is Aleksandr Zhukov. I'm citizen of Russian Federation. My case number CR18-633
Arrested in Bulgaria 11.06.2018 and extradited to USA on
01.17.2019. Before 01.17.2019 I never was in USA.

Being in USA now, I feel myself absolutely helpless, because I have here no family, no parents, no friends.
I have nobody and nothing here.
My cyber crime in my indictment is just imagination of FBI and I wish to go jury.
I didn't steal or hacked anything.
I had invented the Artificial Intelligence and use it to run absolutely legal business in
advertisement industry.
I'm weaponless soldier in front of a tank with name FBI.

I have Russian lawyer education.
Being in jail I read law library and found the only pretty similar with mine case.
If we call American judgment and American judge system as the standard for all over the world.
The system FAIR and EQUAL for both sides of trial -
I'm asking you to provide me non public defender as the lawyer - Simone Bertollini, NY
Who was on the caser of Fabio Gasperini, N16-CR-441 (NGG) East District of New York
PLEASE

I'm asking for that lawyer for next reasons:

- My case in unique and the first of it's kind precedent.
- This case has hundreds of tech specifications which must be known by lawyer.
- Simone Bertollini is the only lawyer with the experience of cyber crime in advertising industry
- He is the only lawyer in whole USA who got jury in cyber crime in advertising industry
- He is the only lawyer in history of USA who won the jury with cyber crime case
- Me and my family have no money to hire him

Sincerely hope for your help.

Thank you


RECEIVED
APR 1 2 2019
PRO SE OFFICE

NEW YORK NY 100

10 APR 2019 PM 13 L

FOREVER USA

Edward R. Korman
United States District Judge of
the United States District Court for
the Eastern District of New York,
225 Cadman Plaza East,
Brooklyn NY 11201

Aleksandre Zhukov
REG#91388-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

11201131632 0030