DOCKET NUMBER: __18CR633__  CRIMINAL CAUSE FOR STATUS CONF
BEFORE JUDGE: __KORMAN__   DATE: __4/3/2019__ TIME IN COURT ____HRS _40__MINS

DEFT: __Aleksandr Zhukov_____ #1   ATTY: __IGOR LITVAK__
_X_ pres.   ____ not pres.   _X_ cust.   ____ bail   __CJA__
DEFT: __Sergey Ovsyannikov_____ #6   ATTY: __ARKADY BUKH by George Grasso__
_X_ pres.   ____ not pres.   _X_ cust.   ____ bail   __RET.__
DEFT: __Yevgeniy Timchenko_____ #8   ATTY: __SAMUEL JACOBSEN__
_X_ pres.   ____ not pres.   ____ cust.   __bail__   __CJA__   __RET.__   __Federal Defender__

A.U.S.A.: ~~Saritha Komatireddy~~ Alexander Mindlin/~~Michael T. Keilty~~   Case Manager: PaulaMarie Susi
ESR __ROCCO/HONG__   INTERPRETER: __GALPERIN__   LANGUAGE: __RUSSIAN__

- ☐ Arraignment
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ In Chambers Conference
- ☐ Pre Trial Conference
- ☐ Initial Appearance
- ☒ Status Conference
- ☐ Telephone Conference
- ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ☒ Further Status Conference/hearing set for ___5/1/2019 @ 2PM_____
- ☒ ORDER: Case referred to the Magistrate Judge for _x_ plea ___ hearing:_____

__ MOTIONS DUE _____ OPP BY _____ REPLY _____
__ ORAL ARGUMENT _____
__ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE
DEFT _ SWORN   _ ARRAIGNED   _ INFORMED OF RIGHTS
   _ WAIVES TRIAL BEFORE DISTRICT COURT
_ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._ _____ OF THE
(Superseding) INDICTMENT /   INFORMATION.
_ COURT FINDS FACTUAL BASIS FOR THE PLEA.
_ **DEFT REQUESTS RETURN OF PROPERTY**   _ **ORDER FILED.**
_ SENTENCING SCHEDULED FOR:_____.

## UTILITIES
- ☐ ~Util-Plea Entered        ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter      ☐ ~Util-Indictment Un Sealed      ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

Speedy Trial Start: _4/3/2019__ Speedy Trial Stop: ___5/1/2019____ CODE TYPE: __XT_____
**Do these minutes contain rulings(s) on motion(s)?** ☐ YES   ☐ NO
**TEXT**
Atty Litvak's motion to be relieved as counsel heard, granted. CJA23 for deft Zukov filed.
Court appoints Andrew Frisch as CJA counsel.