DOCKET NUMBER: 18CR633    CRIMINAL CAUSE FOR STATUS CONF
BEFORE JUDGE: KORMAN    DATE: 5/1/2019   TIME IN COURT ___ HRS 40 MINS

DEFT: Aleksandr Zhukov              # 1    ATTY: ANDREW FRISCH/Abraham Rubert Schewel
X pres.          not pres.     X cust.     bail              CJA
DEFT: Sergey Ovsyannikov            # 6    ATTY: ARKADY BUKH
X pres.          not pres.     X cust.     bail              RET.
DEFT: Yevgeniy Timchenko            # 8    ATTY: SAMUEL JACOBSEN by Padden
X pres.          not pres.     cust.  bail        CJA   RET.   Federal Defender

A.U.S.A.: **Alexander Mindlin**                Case Manager: PaulaMarie Susi
ESR ROCCO/HONG    INTERPRETER: ALISHAEV    LANGUAGE: RUSSIAN

- ☐ Arraignment
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ In Chambers Conference
- ☐ Pre Trial Conference
- ☐ Initial Appearance
- ☒ Status Conference
- ☐ Telephone Conference
- ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING ___
- ☒ Further Status Conference/hearing set for ___ 6/19/2019 @ 2PM ___
- ☒ ORDER: Case referred to the Magistrate Judge for _x_ plea ___ hearing: ___

__ MOTIONS DUE _____ OPP BY _____ REPLY _____
__ ORAL ARGUMENT _____
__ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE
DEFT _ SWORN  _ ARRAIGNED  _ INFORMED OF RIGHTS
       _ WAIVES TRIAL BEFORE DISTRICT COURT
_ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___ OF THE (Superseding) INDICTMENT / INFORMATION.
_ COURT FINDS FACTUAL BASIS FOR THE PLEA.
_ **DEFT REQUESTS RETURN OF PROPERTY**   _ **ORDER FILED.**
_ SENTENCING SCHEDULED FOR: ___ .

**UTILITIES**
- ☐ ~Util-Plea Entered        ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter      ☐ ~Util-Indictment Un Sealed       ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

Speedy Trial Start: 5/1/2019  Speedy Trial Stop: 6/19/2019    CODE TYPE: XT
Do these minutes contain ruling(s) on motion(s)? ☐ YES   ☐ NO
**TEXT**
PLEA OFFERS OUT TO DEFTS 6 & 8, FIRST APPEARANCE FOR ATTY FRISCH WHO IS REVIEWING VOLUMINOUS DISCOVERY. CONTINUE COMPLEX CASE DESIGATION.