THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA  
53rd FLOOR  
NEW YORK, NEW YORK 10119  
(212) 285-8000  
FAX: (646) 304-0352

JASON D. WRIGHT  
ADMITTED IN NEW YORK, VIRGINIA  
AND THE DISTRICT OF COLUMBIA  
OF COUNSEL

May 13, 2019

*By ECF*  
The Honorable Edward R. Korman  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      *Re: United States v. Aleksandr Zhukov*  
          *Criminal Docket No. 18-633 (ERK)*

Dear Judge Korman:

      On behalf of Aleksandr Zhukov in the above-referenced case, I write to request that Mr. Zhukov's next status conference be rescheduled from June 19, 2019, to June 26, 2019, at 2:00 p.m. When the date was set, I had not remembered that I have a medical appointment on June 19 in New Jersey that I cannot reschedule. I have confirmed AUSA Mindlin's availability for June 26. To the extent an exclusion of time is necessary for the time between June 19 and 26 in this complex multi-defendant case, I consent on behalf of Mr. Zhukov.

                              Respectfully submitted,

                              /s/  
                              Andrew J. Frisch

cc: AUSA Alex Mindlin