UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**ALEKSANDR ZHUKOV,**<br><br>**Defendant.** | NOTICE OF APPEARANCE<br><br>Index No. 18-CR-633 (ERK) |

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for: ALEKSANDR ZHUKOV.

Dated: New York, New York
　　　　July 20, 2019

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Abraham Rubert-Schewel
　　　　　　　　　　　　　　　　　　　　　Abraham Rubert-Schewel
　　　　　　　　　　　　　　　　　　　　　Lord & Schewel PLLC
　　　　　　　　　　　　　　　　　　　　　233 Broadway, Suite 2220
　　　　　　　　　　　　　　　　　　　　　New York, NY 10279
　　　　　　　　　　　　　　　　　　　　　W: 212-964-0280

Served via ECF on:
All Parties of Record