

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 13, 2019

By ECF

The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Aleksandr Zhukov et al.
Criminal Docket No. 18-633 (ERK)

Dear Judge Korman:

The government, jointly with the defendants, writes to request an adjournment of the next scheduled status conference in this matter from August 15, 2019 to September 25, 2019 at 2:00 p.m.

With the consent of the parties, the government requests that the Court exclude time under the Speedy Trial Act until September 25, 2019, in light of continuing plea negotiations (with respect to defendants Ovsyannikov and Timchenko) and the need of

defendant Zhukov's counsel to prepare adequately in light of the complexity of the case.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Alexander Mindlin
Alexander Mindlin
Assistant U.S. Attorney
(718) 254-6433

cc: Andrew Frisch, Esq. (by ECF)
George Grasso, Esq. (by ECF)
Samuel Jacobson, Esq. (by ECF)
Ashley Burrell, Esq. (by ECF)