THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

October 3, 2019

*Filed by ECF*
The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Aleksandr Zhukov, 18-CR-633 (ERK)*

Dear Judge Korman:

    I write on behalf of Aleksandr Zhukov in the above-referenced case to consent to an exclusion of time under the Speedy Trial Act from the date of the last week's scheduled conference for which Mr. Zhukov was not produced to today, the rescheduled date.

    Respectfully submitted,

/s/
Andrew J. Frisch

cc: All Counsel