THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

November 14, 2019

*By ECF*
The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Aleksandr Zhukov*
    *Criminal Docket No. 18-633 (ERK)*

Dear Judge Korman:

    On behalf of Aleksandr Zhukov in the above-referenced case, I write to confirm that I consent to an exclusion under the Speedy Trial Act from November 13, 2019, to the date of the next scheduled conference, November 20, 2019.

                      Respectfully submitted,

                      /s/
                      Andrew J. Frisch

cc: AUSA Alex Mindlin