

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK   *271 Cadman Plaza East*
F. #2016R02228   *Brooklyn, New York 11201*

November 27, 2019

<u>By Email and ECF</u>

Andrew J. Frisch
One Penn Plaza, Suite 5315
New York, NY 10119

   Re: United States v. Aleksandr Zhukov
     <u>Criminal Docket No. 18-633 (ERK)</u>

Dear Mr. Frisch:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, consisting of one file, Bates numbered ZHU000288, that contains Skype messages from the defendant's personal computer, a forensic image of which was previously produced on June 11, 2019 as Bates number ZHU000272, subfolder 1B46_NYC025509.

  The item produced under cover of this letter is designated **sensitive discovery material** pursuant to the protective order issued by the Court on July 31, 2019.

  The government also requests reciprocal discovery from the defendant.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

    By: /s/ Saritha Komatireddy
       Saritha Komatireddy
       Assistant U.S. Attorney
       (718) 254-6054

Enclosures
cc: Clerk of the Court (ERK) (by ECF) (without enclosures)