

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 17, 2019

By Email and ECF

Andrew J. Frisch
One Penn Plaza, Suite 5315
New York, NY 10119

> Re: United States v. Aleksandr Zhukov
> Criminal Docket No. 18-633 (ERK)

Dear Mr. Frisch:

Pursuant to the protective order issued by the Court on July 31, 2019, the government hereby designates "sensitive" the document previously produced to you on August 12, 2019 with Bates number ZHU000286. That document is no longer designated "attorney's eyes only."

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Alexander Mindlin
Alexander Mindlin
Assistant U.S. Attorney
(718) 254-6433

Enclosures

cc: Clerk of the Court (ERK) (by ECF) (without enclosures)