

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM  
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2020

<u>By Email and ECF</u>

Andrew J. Frisch
One Penn Plaza, Suite 5315
New York, NY 10119

      Re:    <u>United States v. Aleksandr Zhukov</u>
              <u>Criminal Docket No. 18-633 (ERK)</u>

Dear Mr. Frisch:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, consisting of the following material:

- **ZHU004180-ZHU004506 –** Records relating to an account controlled by the defendant at PNB Bank in Latvia

      The following material produced under cover of this letter is designated **sensitive discovery material** pursuant to the protective order issued by the Court on July 31, 2019.

- **ZHU004507-ZHU005213** – Records relating to an account at Bank of America;
- **ZHU005214-ZHU005448**– Records relating to an account at BMO Harris; and
- **ZHU005449-ZHU005516 –** Records relating to an account at PNC Bank.

The government also requests reciprocal discovery from the defendant.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Alexander Mindlin
Alexander Mindlin
Assistant U.S. Attorney
(718) 254-6433

Enclosures

cc: Clerk of the Court (ERK) (by ECF) (without enclosures)