

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK  
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 17, 2020

<u>By Email and ECF</u>

Andrew J. Frisch
One Penn Plaza, Suite 5315
New York, NY 10119

   Re: <u>United States v. Aleksandr Zhukov</u>
      <u>Criminal Docket No. 18-633 (ERK)</u>

Dear Mr. Frisch:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

  The government previously produced to you, by letter dated May 1, 2019, a report regarding a post-arrest interview of the defendant. Enclosed are the underlying agent notes for that report, a signed advice-of-rights form, and copies of documents referenced during the interview, Bates-stamped ZHU005517 to ZHU005533.

  Enclosed also are draft translations of Skype chats obtained from the defendant's computer, Bates-stamped ZHU005534.

The government also requests reciprocal discovery from the defendant.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
Saritha Komatireddy
Michael T. Keilty
Alexander F. Mindlin
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (ERK) (by ECF) (without enclosures)