SK/MTK/AFM

January 24, 2020

By Email and ECF

Andrew Frisch, Esq.
The Law Offices of Andrew J. Frisch
One Penn Plaza – 53rd Floor
New York, New York 10119

      Re:    United States v. Aleksandr Zhukov
             Criminal Docket No. 18-633 (ERK)

Dear Mr. Frisch:

      Pursuant to 18 U.S.C. § 3505, please be advised by this letter that the United States intends to offer at trial foreign records, including bank records, of regularly conducted business activities obtained from Bulgaria, Latvia and the Czech Republic via Mutual Legal Assistance Treaty requests. These records have been provided to you and identified through our various discovery productions. A list of the records and their accompanying certifications and translations are attached hereto. As you know, we have previously made you aware in our discovery cover letters of the government's intention to introduce all evidence provided to you, including the foreign evidence described above, but we are highlighting these foreign records for your convenience. The government reserves the right to supplement this list prior to trial. At your earliest convenience, please let us know if you intend to object to the admission of these exhibits.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:     /s/
        Saritha Komatireddy
        Michael T. Keilty
        Alexander F. Mindlin
        Assistant U.S. Attorneys
        (718) 254-6054/7528/6433

cc:    Andrew Frisch, Esq.
       Clerk of the Court (ERK) (by ECF)

| PNB Bank (now Norvik Bank) | **LV17LATB0006020228947** |

A Forma

Biznesa dokumentu autentiskuma apliecība

Es, Vigo Krastiņš, apzinoties kriminālatbildību par nepatiesa paziņojuma vai apliecinājuma sniegšanu, apliecinu sekojošo:

Es strādāju /esmu saistīts ar Maksātnespējīgā AS "PNB Banka" un ka mans ieņemamais amats ir Maksātnespējas procesa administrators un sava amata dēļ esmu pilnvarots un tiesīgs sniegt šo paziņojumu.

Katrs šai formai pievienotais dokuments ir dokuments, kas bijis šeit minētā uzņēmuma glabāšanā, kas:

A) tika sastādīts tajā laikā vai tuvu tam laikam, kad notikuši tajā izklāstītie fakti, un to sastādījusi persona, kura pārzin šos faktus (vai tie sastādīti pēc šādas personas sniegtās informācijas);

B) šie dokumenti tika kārtoti regulāri veiktas uzņēmējdarbības gaitā;

C) uzņēmums regulāri veicis šādu dokumentu kārtošanu;

D) ja kāds no šiem dokumentiem nav oriģināls, tad tas ir oriģināla kopija.

17.12.2019.

Rīgā

*Šī A Forma tiek parakstīta ar sekojošo piezīmi: Ar 2019.gada 12.septembra (turpmāk – "Apstiprināšanas datums") Rīgas pilsētas Vidzemes priekšpilsētas tiesas spriedumu AS "PNB Banka" pasludināta par maksātnespējīgu un par tās maksātnespējas procesa administratoru apstiprināts Vigo Krastiņš (turpmāk – "Administrators"). Latvijas Republikas Kredītiestāžu likuma 157.pants paredz, ka Administrators veic kredītiestādes dokumentu inventarizāciju, bet atbildību par dokumentu glabāšanu atbilstoši Kredītiestāžu likuma 161.panta otrajai daļai uzņemas ar Apstiprināšanas datumu un tikai attiecībā uz pārņemtajiem dokumentiem. Līdz ar ko, šai A Formai pievienotie dokumenti ir dokumenti, kurus ir pārņēmis Administrators, un šajā A Formā sniegtie apliecinājumi ir attiecināmi tikai uz pārņemtajiem dokumentiem, kuru autors ir maksātnespējīgā AS "PNB Banka" un kuru kārtošana notika pēc Apstiprināšanas datuma, pārējie dokumenti tiek nodoti pēc "as is" principa un apliecinājumi attiecībā uz tiem iztulkojami tikai un vienīgi kopsakarā ar šo Administratora piezīmi.*

Maksātnespējīgā AS "PNB Banka"
Administrators Vigo Krastiņš

_____(Paraksts)

The Form A
Certificate of authenticity of business documents

I, Vigo Krastins, Conscious of the Criminal Liability for False Statement or Confirmation, certify the following:

I work / am affiliated with Insolvent JSC "PNS Banka" and that my position is Administrator of the Insolvency Process and due to my position I am authorized and entitled to make this statement.

Each document enclosed to this form is a document held by the said company which:

A) was drawn up at or near the time when the facts set out therein occurred and was drawn up by a person who knows the facts (whether they are based on information provided by such person);
B) these documents were kept in the course of regular business;
C) the company kept such records on a regular basis;
D) if any of these documents is not original, it shall be a copy of the original.

On December 17, 2019
In Riga

*This Form A is signed with the following note: By a judgment of 12 September 2019 (hereinafter - the "Approval Date"), the Riga City Vidzeme Suburb Court declared JSC "PNB Banka" insolvent and Mr. Vigo Krastiņš (hereinafter - "the Administrator") has been approved as its insolvency administrator. Section 157 of the Credit Institutions Law of the Republic of Latvia stipulates that the Administrator shall carry out an inventory of the documents of a credit institution, but shall assume responsibility for the storage of documents pursuant to the second paragraph of Article 161 of the Credit Institution Law. Therefore, the documents attached to this Form A are the documents taken over by the Administrator and the representations made in this Form A are applicable only to the documents taken over by the insolvent JSC "PNB Banka", and which have been settled after the Approval Date, the Transitional Documents are provided on an "as is" basis and the Certificates thereon shall be construed solely in conjunction with this Administrator Note.*

Mr. Vigo Krastiņš       */signature/*       (Signature)
Administrator of the insolvent JSC "PNB Banka"

| Ceska Bank | **CZ28 0800 0000 0019 5170 7233** |

Formulář A

## POTVRZENÍ O OBCHODNÍCH ZÁZNAMECH

*PETRA JEDLIČKOVÁ*

Já,_____ (jméno a příjmení) _____ po poučení, že nepravdivá výpověď mne vystavuje nebezpečí uložení trestních sankcí, jako svědek dosvědčuji takto:

Jsem zaměstnán/a u / pracuji pro *ČS, a.s.* (název společnosti, od které se vyžadují písemnosti) ve funkci *OPS II* (funkce nebo úřední titul) _____ a z titulu této své funkce jsem oprávněn/a a kvalifikován/a k dosvědčení tohoto _____ jako výpovědi jménem společnosti.

Veškeré zde přiložené záznamy jsou záznamy ve správě výše jmenované společnosti a:

    (A) byly pořízeny v době nebo přibližně v době, kdy došlo k dále popsaným skutečnostem [zakroužkujte příslušné číslo/a]:

        (1) osobou, která o těchto skutečnostech věděla;
        (2) nebo na základě informací takovou osobou předaných;
        (3) osobou, k jejímž povinnostem mimo jiné patří zaznamenávat informace o takových skutečnostech jménem výše uvedené společnosti;

    (B) byly vedeny v průběhu řádně prováděné podnikatelské činnosti;
    (C) z titulu podnikatelské činnosti byly tyto záznamy pořízeny jako běžná praxe; a
    (D) pokud dané záznamy nejsou originály, jedná se o kopie originálu.

*6.3.2017* (datum vydání)
*ČESKÁ REP.* (země, v níž bylo potvrzení vydáno)
(podpis)

9

Form A

CONFIRMATION OF BUSINESS RECORDS

I, [hw:] *PETRA ŽEJDLÍKOVÁ* (first and last name), having been advised as a witness that a false attestation subjects me to a penalty of criminal punishment, attest as follows:

I am employed by/work for [hw:] *ČS, a.s.* (name of business from which documents are sought)
in the position of [hw:] *OPS II* (business position or title) and by reason of my position am authorized and qualified to make this attestation as statements on behalf of the company.

Each of the records attached hereto is a record in the custody of the above-named business and:

A.  was made, at or near the time of the occurrence of the matters set forth therein [circle appropriate number(s)]:

(1)  by a person with knowledge of those matters;
(2)  or from information transmitted by a person with knowledge of those matters;
(3)  by a person who otherwise had a duty to record information concerning such matters on behalf of the above-named business;

B.  was carried out in the course of a regularly conducted business activity;
**C.**  was made by the business as a regular practice; and,
**D.**  if not an original record, is a duplicate of the original.

[hw:] *03/06/2018* (date of issue)
[hw:] *CZECH REPUBLIC* (country of issue)
[signature] (signature)

9

Valid signature
Česká
spořitelna

| DSK Bank | **BG72STSA93000025130233** |
|---|---|

УДОСТОВЕРЕНИЕ ЗА АВТЕНТИЧНОСТ НА БИЗНЕС РЕГИСТРИ

Аз, долуподписаният, _Даниела Стефова Иванова_ с разбирането, че съм

обект на наказателна отговорност съгласно законите на България за умишлена невярна

декларация, декларирам, че аз съм:

работя в _Банка ДСК ЕАД_

и моята титла е _Мениджър ФЦ Приморски, гр. Варна_

и, че въз основа на моята титла съм оправомощен и квалифициран да направя тази декларация.

Аз декларирам също така, че документите, приложени тук са ~~оригинали или~~ заверени

копия на документи, които:

1. тези документи са създадени по време на или около момента на настъпване на събитията, описани тук, от (или от информация предоставена от) лице, притежаващо познания или на базата на информация;
2. такива регистри са били съхранявани в хода на редовно провежданата бизнес дейността;
3. регистрите са направени като редовна практика на бизнес дейността;
4. ако някои от тези регистри не са оригинали, те са дубликати на оригиналите.

Оригиналите или дубликати на тези документи се намират в Рупублика България.

Дата на подписване: _28. 02. 2019_

Място на подписване: _гр Варна_

Подпис: _____

126

## BUSINESS RECORDS CERTIFICATE OF AUTHENTICITY

I, the undersigned, [handwritten] Daniela Stefcheva Ivanova [PH], declare under penalty of perjury for deliberately making a false statement under the laws of Bulgaria, that I am:

employed by [handwritten] DSK Bank EAD as a [handwritten] Manager Financial Center Primorski , Varna and by reason of my position am authorized and qualified to make this declaration.

I further declare that the records provided herein are ~~original or~~ certified copies of documents that:

(a)     these records were made, at or near the time of the occurrence of the events set forth herein, by (or from information transmitted by) a person with knowledge of those events or based on information;

(b)     such records were kept in the course of the regularly conducted business activity;

(c)     the records were made as a regular practice of the business activity;

(d)     if some of these records are not originals, they are duplicates of the originals.

The originals or duplicates of these records are in the Republic of Bulgaria.

Date of execution: [handwritten] 02.28.2019

Place of execution: [handwritten]      Varna

Signature: [handwritten]_____

<u>СЕРТИФИКАТ ЗА АВТЕНТИЧНОСТ НА БИЗНЕС РЕГИСТРИ</u>

Аз, долуподписаният, *Даниела Стефова Иванов*, с разбирането, че съм

субект на наказателна отговорност за умишлено направена невярна декларация съгласно законите

на Република България, декларирам, че аз:

работя/свързан съм *в Балкан АХХ ЕАД* и моята позиция е

*Мениджър Ду Прибрежи, гр. Варна*

и поради моята позиция съм оторизиран и квалифициран да направя тази декларация.

Аз декларирам също така, че документите, приложени тук, са ~~оригинали или~~ заверени

копия на документи, които:

1.  са били създадени по времето на или около момента на настъпване на събитията, описани тук от (или са получени на базата от информация, изпратена от) лице, притежаващо познания за тези събития;
2.  са били съхранявани в хода на редовно извършвана бизнес дейност;
3.  са били направени като редовна практика на бизнес дейността; и
4.  ако не са оригинали, са дубликати на оригиналните документи.

Оригиналите или дубликатите на тези документи се съхраняват в Република България.

Дата на изпълнение: *11. 12. 2018*

Място на изпълнение: *гр. Варна*

Подпис:

6

## BUSINESS RECORDS CERTIFICATE OF AUTHENTICITY

I, the undersigned, [handwritten] Daniela Stefcheva Ivanova [PH], declare under penalty of perjury

for deliberately making a false statement under the laws of the Republic of Bulgaria, that I am:

employed by/~~affiliated with~~ [handwritten] DSK Bank EAD as a [handwritten] Manager

Financial Center Primorski, Varna and by reason of my position am authorized and

qualified to make this declaration.

I further declare that the records provided herein are ~~original or~~ certified copies of

documents that:

1. such records were made, at or near the time of the occurrence of the events set
forth herein, by (or from information transmitted by) a person with knowledge
of those matters or based on information;

2. such records were kept in the course of regularly conducted business activity;

3. such records were made by the regularly conducted business activity

   as a regular practice; and

4. if such record is not an original, it is a duplicate of the original.

The originals or duplicates of such records are in the Republic of Bulgaria.

Date of execution: [handwritten] 12.11.2018

Place of execution: [handwritten]_____Varna

Signature: [handwritten]_____

| PNB Bank (now Norvik Bank) | **LV17LATB0006020228947** |

A Forma

Biznesa dokumentu autentiskuma apliecība

Es, Vigo Krastiņš, apzinoties kriminālatbildību par nepatiesa paziņojuma vai apliecinājuma sniegšanu, apliecinu sekojošo:

Es strādāju /esmu saistīts ar Maksātnespējīgā AS "PNB Banka" un ka mans ieņemamais amats ir Maksātnespējas procesa administrators un sava amata dēļ esmu pilnvarots un tiesīgs sniegt šo paziņojumu.

Katrs šai formai pievienotais dokuments ir dokuments, kas bijis šeit minētā uzņēmuma glabāšanā, kas:

A) tika sastādīts tajā laikā vai tuvu tam laikam, kad notikuši tajā izklāstītie fakti, un to sastādījusi persona, kura pārzin šos faktus (vai tie sastādīti pēc šādas personas sniegtās informācijas);

B) šie dokumenti tika kārtoti regulāri veiktas uzņēmējdarbības gaitā;

C) uzņēmums regulāri veicis šādu dokumentu kārtošanu;

D) ja kāds no šiem dokumentiem nav oriģināls, tad tas ir oriģināla kopija.

17.12.2019.

Rīgā

*Šī A Forma tiek parakstīta ar sekojošo piezīmi: Ar 2019.gada 12.septembra (turpmāk – "Apstiprināšanas datums") Rīgas pilsētas Vidzemes priekšpilsētas tiesas spriedumu AS "PNB Banka" pasludināta par maksātnespējīgu un par tās maksātnespējas procesa administratoru apstiprināts Vigo Krastiņš (turpmāk – "Administrators"). Latvijas Republikas Kredītiestāžu likuma 157.pants paredz, ka Administrators veic kredītiestādes dokumentu inventarizāciju, bet atbildību par dokumentu glabāšanu atbilstoši Kredītiestāžu likuma 161.panta otrajai daļai uzņemas ar Apstiprināšanas datumu un tikai attiecībā uz pārņemtajiem dokumentiem. Līdz ar ko, šai A Formai pievienotie dokumenti ir dokumenti, kurus ir pārņēmis Administrators, un šajā A Formā sniegtie apliecinājumi ir attiecināmi tikai uz pārņemtajiem dokumentiem, kuru autors ir maksātnespējīgā AS "PNB Banka" un kuru kārtošana notika pēc Apstiprināšanas datuma, pārējie dokumenti tiek nodoti pēc "as is" principa un apliecinājumi attiecībā uz tiem iztulkojami tikai un vienīgi kopsakarā ar šo Administratora piezīmi.*

Maksātnespējīgā AS "PNB Banka"
Administrators Vigo Krastiņš

_____(Paraksts)

The Form A
Certificate of authenticity of business documents

I, Vigo Krastins, Conscious of the Criminal Liability for False Statement or Confirmation, certify the following:

I work / am affiliated with Insolvent JSC "PNS Banka" and that my position is Administrator of the Insolvency Process and due to my position I am authorized and entitled to make this statement.

Each document enclosed to this form is a document held by the said company which:

A) was drawn up at or near the time when the facts set out therein occurred and was drawn up by a person who knows the facts (whether they are based on information provided by such person);
B) these documents were kept in the course of regular business;
C) the company kept such records on a regular basis;
D) if any of these documents is not original, it shall be a copy of the original.

On December 17, 2019
In Riga

*This Form A is signed with the following note: By a judgment of 12 September 2019 (hereinafter - the "Approval Date"), the Riga City Vidzeme Suburb Court declared JSC "PNB Banka" insolvent and Mr. Vigo Krastiņš (hereinafter - "the Administrator") has been approved as its insolvency administrator. Section 157 of the Credit Institutions Law of the Republic of Latvia stipulates that the Administrator shall carry out an inventory of the documents of a credit institution, but shall assume responsibility for the storage of documents pursuant to the second paragraph of Article 161 of the Credit Institution Law. Therefore, the documents attached to this Form A are the documents taken over by the Administrator and the representations made in this Form A are applicable only to the documents taken over by the insolvent JSC "PNB Banka", and which have been settled after the Approval Date, the Transitional Documents are provided on an "as is" basis and the Certificates thereon shall be construed solely in conjunction with this Administrator Note.*

Mr. Vigo Krastiņš        */signature/*        (Signature)
Administrator of the insolvent JSC "PNB Banka"

| Ceska Bank | CZ28 0800 0000 0019 5170 7233 |

Formulář A

## POTVRZENÍ O OBCHODNÍCH ZÁZNAMECH

*PETRA JEDLIČKOVÁ*

Já, _____ (jméno a příjmení) _____ po poučení, že nepravdivá výpověď mne vystavuje
nebezpečí uložení trestních sankcí, jako svědek dosvědčuji takto:

Jsem zaměstnán/a u / pracuji pro *ČS, a.s.* (název společnosti, od které se vyžadují písemnosti)
ve funkci *OPS II* (funkce nebo úřední titul) _____ a z titulu této své funkce jsem
oprávněn/a a kvalifikován/a k dosvědčení tohoto _____ jako výpovědi jménem
společnosti.

Veškeré zde přiložené záznamy jsou záznamy ve správě výše jmenované společnosti a:

   (A) byly pořízeny v době nebo přibližně v době, kdy došlo k dále popsaným skutečnostem
      [zakroužkujte příslušné číslo/a]:

        (1) osobou, která o těchto skutečnostech věděla;
        (2) nebo na základě informací takovou osobou předaných;
        (3) osobou, k jejímž povinnostem mimo jiné patří zaznamenávat informace o takových
            skutečnostech jménem výše uvedené společnosti;

   (B) byly vedeny v průběhu řádně prováděné podnikatelské činnosti;
   (C) z titulu podnikatelské činnosti byly tyto záznamy pořízeny jako běžná praxe; a
   (D) pokud dané záznamy nejsou originály, jedná se o kopie originálu.

*6.3.2017* (datum vydání)
*ČESKÁ REP.* (země, v níž bylo potvrzení vydáno)
*[podpis]* (podpis)

9

Form A

CONFIRMATION OF BUSINESS RECORDS

I, [hw:] *PETRA ŽEJDLÍKOVÁ* (first and last name), having been advised as a witness that a false attestation subjects me to a penalty of criminal punishment, attest as follows:

I am employed by/work for [hw:] *ČS, a.s.* (name of business from which documents are sought)
in the position of [hw:] *OPS II* (business position or title) and by reason of my position am authorized and qualified to make this attestation as statements on behalf of the company.

Each of the records attached hereto is a record in the custody of the above-named business and:

A.  was made, at or near the time of the occurrence of the matters set forth therein [circle appropriate number(s)]:

        (1)      by a person with knowledge of those matters;
        (2)      or from information transmitted by a person with knowledge of those matters;
        (3)      by a person who otherwise had a duty to record information concerning such matters on behalf of the above-named business;

B.      was carried out in the course of a regularly conducted business activity;
**C.**      was made by the business as a regular practice; and,
**D.**      if not an original record, is a duplicate of the original.


[hw:] *03/06/2018* (date of issue)
[hw:] *CZECH REPUBLIC* (country of issue)
[signature] (signature)

9

Valid signature
Česká
spořitelna

| DSK Bank | **BG72STSA93000025130233** |
| --- | --- |

<u>УДОСТОВЕРЕНИЕ ЗА АВТЕНТИЧНОСТ НА БИЗНЕС РЕГИСТРИ</u>

Аз, долуподписаният, *Даниела Стефова Иванова* с разбирането, че съм

обект на наказателна отговорност съгласно законите на България за умишлена невярна

декларация, декларирам, че аз съм:

работя в _____ *Банка ДСК ЕАД* _____

и моята титла е _____ *Мениджър ФЦ Приморски, гр. Варна* _____

и, че въз основа на моята титла съм оправомощен и квалифициран да направя тази декларация.

Аз декларирам също така, че документите, приложени тук са ~~оригинали или~~ заверени

копия на документи, които:

1. тези документи са създадени по време на или около момента на настъпване на събитията, описани тук, от (или от информация предоставена от) лице, притежаващо познания или на базата на информация;
2. такива регистри са били съхранявани в хода на редовно провежданата бизнес дейността;
3. регистрите са направени като редовна практика на бизнес дейността;
4. ако някои от тези регистри не са оригинали, те са дубликати на оригиналите.

Оригиналите или дубликати на тези документи се намират в Рупублика България.

Дата на подписване: _____ *28.02.2019* _____

Място на подписване: _____ *гр. Варна* _____

Подпис: _____

126

# BUSINESS RECORDS CERTIFICATE OF AUTHENTICITY

I, the undersigned, [handwritten] Daniela Stefcheva Ivanova [PH], declare under penalty of perjury

for deliberately making a false statement under the laws of Bulgaria, that I am:

    employed by [handwritten] DSK Bank EAD as a [handwritten] Manager Financial Center

    Primorski , Varna and by reason of my position am authorized and qualified to make

    this declaration.

    I further declare that the records provided herein are ~~original or~~ certified copies of

    documents that:

(a)    these records were made, at or near the time of the occurrence of the events set
forth herein, by (or from information transmitted by) a person with knowledge
of those events or based on information;

(b)    such records were kept in the course of the regularly conducted business
activity;

(c)    the records were made as a regular practice of the business activity;

(d)    if some of these records are not originals, they are duplicates of the
originals.

The originals or duplicates of these records are in the Republic of Bulgaria.

Date of execution: [handwritten] 02.28.2019

Place of execution: [handwritten]    Varna

Signature: [handwritten]

<u>СЕРТИФИКАТ ЗА АВТЕНТИЧНОСТ НА БИЗНЕС РЕГИСТРИ</u>

Аз, долуподписаният, *Даниела Стефова Иванов*, с разбирането, че съм

субект на наказателна отговорност за умишлено направена невярна декларация съгласно законите

на Република България, декларирам, че аз:

работя/свързан съм *в Баляк АХ ЕАД* и моята позиция е

*Мениджър Гу Приморски, гр. Варна*

и поради моята позиция съм оторизиран и квалифициран да направя тази декларация.

Аз декларирам също така, че документите, приложени тук, са ~~оригинали или~~ заверени

копия на документи, които:

1. са били създадени по времето на или около момента на настъпване на събитията, описани тук от (или са получени на базата от информация, изпратена от) лице, притежаващо познания за тези събития;
2. са били съхранявани в хода на редовно извършвана бизнес дейност;
3. са били направени като редовна практика на бизнес дейността; и
4. ако не са оригинали, са дубликати на оригиналните документи.

Оригиналите или дубликатите на тези документи се съхраняват в Република България.

Дата на изпълнение: *11. 12. 2018*

Място на изпълнение: *гр. Варна*

Подпис:

# BUSINESS RECORDS CERTIFICATE OF AUTHENTICITY

I, the undersigned, [handwritten] Daniela Stefcheva Ivanova [PH], declare under penalty of perjury

for deliberately making a false statement under the laws of the Republic of Bulgaria, that I am:

employed by/~~affiliated with~~ [handwritten] DSK Bank EAD as a [handwritten] Manager

Financial Center Primorski, Varna and by reason of my position am authorized and

qualified to make this declaration.

I further declare that the records provided herein are ~~original or~~ certified copies of

documents that:

1.     such records were made, at or near the time of the occurrence of the events set
forth herein, by (or from information transmitted by) a person with knowledge
of those matters or based on information;

2.     such records were kept in the course of regularly conducted business activity;

3.     such records were made by the regularly conducted business activity

as a regular practice; and

4.     if such record is not an original, it is a duplicate of the original.

The originals or duplicates of such records are in the Republic of Bulgaria.

Date of execution: [handwritten] 12.11.2018

Place of execution: [handwritten]_____Varna

Signature: [handwritten]_____