

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK  271 Cadman Plaza East
F. #2016R02228  Brooklyn, New York 11201

January 27, 2020

<u>By Email and ECF</u>

Andrew J. Frisch
One Penn Plaza, Suite 5315
New York, NY 10119

      Re:   United States v. Aleksandr Zhukov
             <u>Criminal Docket No. 18-633 (ERK)</u>

Dear Mr. Frisch:

      Enclosed please find a letter setting forth information related to expert witnesses that the government intends to call during its case-in-chief at trial. This information is designated **sensitive discovery material** pursuant to the protective order issued by the Court on July 31, 2019.

                             Very truly yours,

                             RICHARD P. DONOGHUE
                             United States Attorney

          By:   /s/
                Saritha Komatireddy
                Michael T. Keilty
                Alexander F. Mindlin
                Assistant U.S. Attorneys
                (718) 254-7000

Enclosure

cc:    Clerk of the Court (ERK) (by ECF) (without enclosure)