THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

February 18, 2020

*Filed ECF*
The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Aleksandr Zhukov, 18-CR-633 (ERK)*

Dear Judge Korman:

  The parties' understanding is that the Court cannot commence trial in the above-referenced case as scheduled on March 16, 2020, though the Court can accommodate the parties' mutually agreeable rescheduled trial date of April 27, 2020. To the extent an order of excludable delay is necessary and appropriate, I consent therefor on Mr. Zhukov's behalf.

          Respectfully submitted,

          /s/
          Andrew J. Frisch

cc: All Counsel