**DOCKET NUMBER:** CR 18-0633

## CRIMINAL CAUSE FOR Arraignment and Status Conference

**BEFORE JUDGE:** Eric R. Komitee, USMJ    **DATE:** 3/04/2020    **TIME IN COURT** 30 **MINS**

**DEFENDANT'S NAME:** Aleksandr Zhukov    **DEFENDANT'S #:** 1

■ Present    ❏ Not Present    ■ Custody    ❏ Not Custody

**DEFENSE COUNSEL:** Andrew Frisch

❏ Federal Defender    ■ CJA    ❏ Retained

**A.U.S.A.:** Saritha Komatireddy, Andrew Mindlin, Michael Keilty

**CASE MANAGER:** Alicia Guy

**COURT REPORTER:** Anthony Frisolone

**INTERPRETER:** Galya Korovina    **LANGUAGE:** Russian

| | | |
|---|---|---|
| ■ Arraignment | ❏ | Revocation of Probation non contested |
| ❏ Change of Plea Hearing (~*Util-Plea Entered*) | ❏ | Revocation of Probation contested |
| ❏ In Chambers Conference | ❏ | Sentencing non-evidentiary |
| ❏ Pre Trial Conference | ❏ | Sentencing Contested |
| ❏ Initial Appearance | ❏ | Revocation of Supervised Release evidentiary |
| ■ Status Conference | ❏ | Revocation of Supervised Release non-evidentiary |
| ❏ Telephone Conference | | |
| ❏ Voir Dire Begun    ❏ Voir Dire Held    ❏ Jury selection    ❏ Jury trial | | |
| ❏ Jury Trial Death Penalty    ❏ Sentence enhancement Phase    ❏ Bench Trial Begun | | |

**UTILITIES**

❏ ~Util-Plea Entered    ❏ ~Util-Add terminate Attorneys    ❏ ~Util-Bond Set/Reset

❏ ~Util-Exparte Matter    ❏ ~Util-Indictment Un Sealed    ❏ ~Util-Information Unsealed

❏ ~Util-Terminate Parties    ■ ~Util-Set/Reset Hearings

**TEXT:** Defendant pled not guilty to all charges in the superseding indictment. The Government will produce exhibits, 3500 and Giglio materials by the deadline set forth in its February 24 letter, unless the parties agree otherwise and inform the court by letter. Jury selection and Trial is scheduled to begin at 10:00 a.m. on April 27, 2020. Motions in *limine* due no later than April 2; responses, if any, due no later than April 13. The parties are respectfully directed to meet other deadlines and adhere to the trial practices set forth in Parts V.C and V.D of my individual practice rules.