

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 12, 2020

<u>By Email and ECF</u>

Andrew J. Frisch
One Penn Plaza, Suite 5315
New York, NY 10119

   Re: United States v. Aleksandr Zhukov
     <u>Criminal Docket No. 18-633 (S-1) (EK)</u>

Dear Mr. Frisch:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, consisting of the following material:

- **ZHU006442** – Finalized translations of Skype chats.
- **ZHU006443** - Finalized translations of Jabber chats.
- **ZHU006444 – ZHU006553** – Finalized translations of documents.
- **ZHU006554**—Image of a datacenter.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

    By:  /s/ Alexander Mindlin
       Alexander Mindlin
       Assistant U.S. Attorney
       (718) 254-6433

Enclosures

cc:  Clerk of the Court (EK) (by ECF) (without enclosures)