

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 19, 2020

<u>By Email and ECF</u>

Andrew J. Frisch
One Penn Plaza, Suite 5315
New York, NY 10119

      Re: <u>United States v. Aleksandr Zhukov</u>
           <u>Criminal Docket No. 18-633 (S-1) (EK)</u>

Dear Mr. Frisch:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, consisting of the following material:

- **ZHU006555** – Updated, finalized translations of Skype chats.
- **ZHU006556-ZHU006564** – Documents produced by Webzilla.
- **ZHU006565-ZHU006575** – Documents produced by Domaintools.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Alexander Mindlin
      Alexander Mindlin
      Assistant U.S. Attorney
      (718) 254-6433

Enclosures

cc:    Clerk of the Court (EK) (by ECF) (without enclosures)