**DOCKET NUMBER:** CR 18-0633

CRIMINAL CAUSE FOR Telephone Conference

**BEFORE JUDGE:** Eric R. Komitee, USMJ    **DATE:** 3/26/2020    **TIME IN COURT** 30 MINS

**DEFENDANT'S NAME:** Aleksandr Zhukov    **DEFENDANT'S #:** 1

☐ Present    ■ Not Present    ■ Custody    ☐ Not Custody

**DEFENSE COUNSEL:** Andrew Frisch, Abraham Rubert-Schewel

☐ Federal Defender    ■ CJA    ☐ Retained

**A.U.S.A.:** Saritha Komatireddy, Andrew Mindlin, Michael Keilty

**CASE MANAGER:** Alicia Guy

**COURT REPORTER:** Electronically recorded

| | |
|---|---|
| ☐ Arraignment | ☐ Revocation of Probation non contested |
| ☐ Pre Trial Conference | ☐ Sentencing Contested |
| ☐ Initial Appearance | ☐ Revocation of Supervised Release evidentiary |
| ☐ Status Conference | ☐ Revocation of Supervised Release non-evidentiary |
| ■ Telephone Conference | |
| ☐ Voir Dire Begun    ☐ Voir Dire Held    ☐ Jury selection    ☐ Jury trial | |
| ☐ Jury Trial Death Penalty    ☐ Sentence enhancement Phase    ☐ Bench Trial Begun | |

**UTILITIES**

☐ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter    ☐ ~Util-Indictment Un Sealed    ☐ ~Util-Information Unsealed
☐ ~Util-Terminate Parties    ■ ~Util-Set/Reset Hearings

**TEXT:** A further conference is scheduled for April 9, 2020, at 10:15 a.m. The Warden or other official in charge at the Metropolitan Detention Center is respectfully directed to have Mr. Zhukov available by telephone to participate at the conference. The participants are directed to call (888) 808-6929 five minutes before the scheduled start of the conference and use access code 564-7824.