# EXHIBIT B

| Time Message Sent on October 31, 2012 | Message from killout@jabber.org "Alex Z" | Message from |
|---|---|---|
| 3:15:42 PM | I have another question… since we're a startup and unable to spend 50K Euro a month on suppliers of sporting event live statistics, we're crawling those stats )) so here's the question… where should we put this crawler server? in the same place? or somewhere else? we've been crawling for six months already… carefully, without excessive effort, from different bookmakers and live sites… there've been no issues… but anyway, it's better to clarify and ask in advance | |
| 3:16:24 PM | | that's out of my wheelhouse |
| 3:16:29 PM | | what does "crawling" mean? |
| 3:16:35 PM | | you just read the data |
| 3:16:39 PM | the bot collects the data | |
| 3:16:42 PM | | is it illegal? |
| 3:16:42 PM | yes | |