# EXHIBIT C

| Time Message Sent on February 1, 2014 | Message from i-betters "Alexandr" | Message from |
|---|---|---|
| 9:09:50 PM | | got question, if I have an offline wallet |
| 9:10:00 PM | | wchich do not belong to me, but I have it with all passes, is it traceable? |
| 11:55:07 AM | | ok I will keep searching, I have first hand source for databses just no power to send it all |
| 10:13:01 AM | Hi. All good <ss type="wink">;)</ss> What offline wallet means? Do not understand <ss type="sad">:(</ss> | |
| 10:13:22 AM | | with bitcoin you can have them online and offline right? |
| 10:13:29 AM | | like online wallet and offline wallet? |
| 10:14:14 AM | Online <ss type="smile">:)</ss> | |
| 10:16:21 AM | | my friend introduced me a bit to it, and told me , you can store your money online or keep it on your hdd or usb |
| 10:16:35 AM | | and you have login/pass to each , both are anonymous right? |
| 10:17:16 AM | You better ask your friend more. Cause we work online with online version | |
| 10:17:56 AM | | ok but this is not the main point of my question, each wallet has its login and pass, but its not assignet to a specific person right? |
| 10:18:10 AM | Yes | |
| 10:18:13 AM | | so if I take your login and pass, and change you password, then you cannot use this wallet anymore right? |
| 10:18:18 AM | You must have KYC | |
| 10:18:27 AM | Yes <ss type="smile">:)</ss> | |
| 10:18:30 AM | | you can only see the wallet that its online but you cannot do anything with it |
| 10:19:23 AM | | so if I take your login and pass, and withdraw / sell the coins to someone, can you trace me ? |
| 10:19:30 AM | | find out who buyer was or seller? |
| 10:21:37 AM | Actually yes, it is possible | |
| 10:22:09 AM | | that is good in one way, and not good in a way with my last question<ss type="laugh">:D</ss> |
| 10:24:39 AM | | if I had certain amount of coins, that do not belongs to me, but the owner no longer has pass to it, I have pass … how would you advice me to cash them? |
| 10:30:41 AM | | (this is not a theoretical question only;>) |
| 11:09:22 AM | Go to exchange and sell it | |
| 11:10:07 AM | | but as I wrote it, these are not mine, I just "accidently" have login/pass to it |
| 11:10:20 AM | | so owner only see his wallet, but he cannot do anything with it anymore |
| 11:12:14 AM | | can you help with such deal for a % ? |
| 11:13:21 AM | How much btc there? | |
| 11:13:37 AM | | <ss type="smile">:)</ss> |
| 11:13:39 AM | | 800 |
| 11:14:15 AM | You can transfer them? | |

| Time Message Sent on February 1, 2014 | Message from i-betters "Alexandr" | Message from |
|---|---|---|
| 11:15:13 AM | | I can do anything with them, as it was my wallet, you follow me? |
| 11:15:15 AM | | i'm just afraid |
| 11:15:20 AM | | the owner, when he will see their gone |
| 11:15:23 AM | | might start to investigate |
| 11:15:51 AM | How much you pay us ? <ss type="smile">:)</ss> | |
| 11:16:44 AM | | this is a point to discussion, as this is my "magician" trophy , I just told him I will find a way to cash it<ss type="smile">:)</ss> |
| 11:17:04 AM | | is there a way to make it as smooth and anonymous as possible? |
| 11:17:09 AM | I will put it clean on your bank account | |
| 11:17:40 AM | | this is what i'm most afraid of…if it was pure cash then no clues…if bank account, i'm afraid it will leave a trace after me |
| 11:20:05 AM | In Russia I can make cash easy. Not sure it is possible in Poland )) Have to ask friends. It is the one time business only? | |
| 11:20:19 AM | | <ss type="laugh">:D</ss> |
| 11:20:33 AM | | if we make it good one time, we can work out some more probably |
| 11:20:53 AM | Anyway. We can cash it in Russia and send to you from Europe bank as a payment for anything | |
| 11:21:25 AM | | that sounds like good sollution, I have bank account in Montenegro wchich is also quite confidential, I guess even more than Switzerland |
| 11:22:02 AM | I have friends who do all these banks operations | |
| 11:22:49 AM | | what would be exchange rate for such operation and how much would you expect to get for it? |
| 11:24:16 AM | It is stealed money. Stealed money costs 50% | |
| 11:24:55 AM | | 50% of market value you mean or you want 50% out of it? |
| 11:26:47 AM | I do not put interest there. My friends will do it and give me some % for that. Actually I think they will do it even for 40% of sum. Cause in my opinion it is easier then usual bank robberies <ss type="laugh">:D</ss> if it will be regular the price can be cheaper. | |
| 11:28:05 AM | | so if today 1coin is 946$ then we will get around 60% of this rate ? |
| 11:28:13 AM | Yes | |
| 11:28:40 AM | You will get 60% to you bank account from eu company | |
| 11:29:14 AM | | I will ask magician and confirm you soon, afterall it was all his job<ss type="laugh">:D</ss> |
| 11:29:51 AM | I would like if he can do that things regularly <ss type="smile">:)</ss> | |

| Time Message Sent on February 1, 2014 | Message from i-betters "Alexandr" | Message from |
|---|---|---|
| 11:30:46 AM | Money laundering is the same tradition as smoke in London or Sakura in Japan | |
| 11:30:49 AM | | I don;t know if he did it by accident or intentionally, but as far as I remember, he found it by accident and changed the pass |
| 11:30:53 AM | | <ss type="laugh">:D</ss> |
| 11:30:56 AM | In russia I mean ))) | |
| 11:31:11 AM | | thats why I asked you, cause I had two other options but both shitty |
| 11:31:15 AM | | one from israel one from germany |
| 11:31:19 AM | | but both are us friendly |
| 11:31:25 AM | | U.S. I mean |
| 11:31:55 AM | I don't care ) | |