**DOCKET NUMBER:** CR 18-0633

### CRIMINAL CAUSE FOR Telephone Conference

**BEFORE JUDGE:** Eric R. Komitee, USDJ  **DATE:** 7/15/2020  **TIME IN COURT** 45 **MINS**

**DEFENDANT'S NAME:** Aleksandr Zhukov  **DEFENDANT'S #:** 1

☒ Present  ☐ Not Present  ☒ Custody  ☐ Not Custody

**DEFENSE COUNSEL:** Andrew Frisch, Abraham Rubert-Schewel, Damie Animashaun

☐ Federal Defender  ☒ CJA  ☐ Retained

**A.U.S.A.:** Saritha Komatireddy, Andrew Mindlin

**CASE MANAGER:** Alicia Guy

**COURT REPORTER:** Electronically recorded

**INTERPRETER:** Nelly Alishaev  **LANGUAGE:** Russian

☐ Initial Appearance  ☐ Revocation of Supervised Release evidentiary
☐ Status Conference  ☐ Revocation of Supervised Release non-
☒ Telephone Conference  evidentiary
☐ Voir Dire Begun  ☐ Voir Dire Held  ☐ Jury selection  ☐ Jury trial
☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase  ☐ Bench Trial Begun

### UTILITIES

☐ ~Util-Plea Entered  ☐ ~Util-Add terminate Attorneys  ☐ ~Util-Bond Set/Reset
☐ ~Util-Terminate Parties  ☒ ~Util-Set/Reset Hearings

**TEXT:** The next status conference is scheduled for August 17, 2020, at 10:30 a.m. By August 1, 2020: the parties must submit a list of the names of all persons, entities and locations they expect to be mentioned during trial, with permission to omit any name due to confidentiality concerns, and also include questions they believe are necessary and appropriate to determine whether a summoned juror should be excluded for cause; this submission should be no longer than five pages. Also by August 1, the Defendant shall respond to the Government's motion in *limine*. Due to the unprecedented impact of the coronavirus pandemic on New York City, and the resulting difficulties associated with trial preparation and jury assembly, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) between July 14, 2020 until August 17, 2020.