

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/MTK/AFM
F. #2016R02228

271 Cadman Plaza East
Brooklyn, New York 11201

July 21, 2020

<u>By ECF and Email</u>

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Aleksandr Zhukov
            <u>Criminal Docket No. 18-633</u>

Dear Judge Komitee:

      The government respectfully submits this letter to memorialize certain Administrative Orders that have issued in this District within the individual docket of this case. On March 16, 2020, April 21, 2020, May 21, 2020, and June 15, 2020, Chief Judge Roslynn R. Mauskopf issued Administrative Orders No. 2020-06, No. 2020-15, No. 2020-15-1, and No. 2020-20, respectively (collectively, the "Administrative Orders"). The Administrative Orders excluded time under the Speedy Trial Act from March 16, 2020 to September 14, 2020, finding that "the ends of justice served by such continuances to protect public health and safety outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A)." Admin. Order 2020-20, ¶ 6.

      In addition, in this specific case, the filing of the government's pretrial motions on April 2, 2020, triggered the exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D), which excludes time from the filing of the motion through the conclusion of the hearing or disposition of the motion. Those motions remain pending.

      The above provisions supplement the basis for the exclusion of time that the Court has already ordered and found to be in the interests of justice due to the

"unprecedented impact of the coronavirus pandemic on New York City, and the resulting difficulties associated with trial preparation and jury assembly." ECF No. 104; see also ECF No. 102.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By:   /s/
Saritha Komatireddy
Michael T. Keilty
Alexander F. Mindlin
Assistant U.S. Attorneys
(718) 254-7000

cc:    All counsel of record (by ECF)
       Clerk of Court (EK) (by ECF)