**DOCKET NUMBER:** CR 18-0633

## CRIMINAL CAUSE FOR Telephone Status Conference

**BEFORE JUDGE:** Eric R. Komitee, USDJ   **DATE:** 8/17/20   **TIME IN COURT** 1 Hr 30 Mins

**DEFENDANT'S NAME:** Aleksandr Zhukov   **DEFENDANT'S #:** 1

- ■ Present   ❏ Not Present   ■ Custody   ❏ Not Custody

**DEFENSE COUNSEL:** Andrew Frisch, Damie Animashaun, Abraham Rupert-Schewel

- ❏ Federal Defender   ■ CJA   ❏ Retained

**A.U.S.A.:** Michael Keilty, Andrew Mindlin

**CASE MANAGER:** Alicia Guy

**COURT REPORTER:** Electronically recorded

**INTERPRETER:** Yana Agoureev   **LANGUAGE:** Russian

- ❏ Initial Appearance
- ❏ Status Conference
- ■ Telephone Conference
- ❏ Voir Dire Begun   ❏ Voir Dire Held   ❏ Jury selection   ❏ Jury trial
- ❏ Jury Trial Death Penalty   ❏ Sentence enhancement Phase   ❏ Bench Trial Begun
- ❏ Revocation of Supervised Release evidentiary
- ❏ Revocation of Supervised Release non-evidentiary

**UTILITIES**
- ❏ ~Util-Plea Entered   ❏ ~Util-Add terminate Attorneys   ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Terminate Parties   ■ ~Util-Set/Reset Hearings

**TEXT:** The following deadlines were set: By August 19, 2020, the Government shall submit a letter (1) indicating whether the Government requests an adjournment of the September 21, 2020 trial date; (2) responding to Defendant's August 16, 2020 letter; and (3) responding to Defendant's request made on the record regarding 3500 material. Defendant shall respond to the Government's submission by August 25, 2020. Also, by August 21, 2020, the Government shall file a brief reply to the Defendant's opposition to its motion *in limine*. The next status conference is scheduled for September 11, 2020 at 12:00 p.m. For the reasons set forth on the record, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between August 17, 2020 and September 11, 2020.