

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/AFM  
F. #2016R02228

271 Cadman Plaza East  
Brooklyn, New York 11201

September 2, 2020

By E-mail and ECF

The Honorable Eric R. Komitee  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: United States v. Aleksandr Zhukov  
Criminal Docket No. 18-633 (S-1) (EK)

Dear Judge Komitee:

The government respectfully submits this letter to provide an update regarding the defendant's ability to review discovery in-person with counsel, following up on recent discussions of this issue among the parties and the Court. See ECF No. 118 at 3-4 (noting cautious optimism "that Defendant's ability to review discovery will improve in the coming months").

The United States Marshals Service ("USMS") has agreed to make the defendant available to meet with defense counsel in the cellblock beneath the Brooklyn courthouse so that the defendant can review the discovery material provided by the government in-person with counsel. The USMS has asked that, for each day on which defense counsel intends to meet with the defendant, counsel obtain a court order directing the USMS to make the defendant available on that day, and specifying generally the equipment that counsel may bring to the meeting (e.g., two laptop computers, two hard drives, and a number of compact discs).

The government notified defense counsel of this accommodation on Monday of this week and provided counsel with contact information for the relevant USMS personnel who will be facilitating these meetings.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By:     /s/
Saritha Komatireddy
Michael Keilty
Alexander Mindlin
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (EK) (by ECF)
All counsel of record (by ECF)