

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

| | |
|---|---|
| AFM | *271 Cadman Plaza East* |
| F. #2016R02228 | *Brooklyn, New York 11201* |

September 2, 2020

<u>By Email and ECF</u>

Andrew J. Frisch
One Penn Plaza, Suite 5315
New York, NY 10119

      Re: <u>United States v. Aleksandr Zhukov</u>
           <u>Criminal Docket No. 18-633 (S-1) (EK)</u>

Dear Mr. Frisch:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, consisting of the following material:

- **ZHU006576-ZHU006581** – Finalized translations of emails;
- **ZHU006582** – Finalized translations of Skype chats; and
- **ZHU006583** – Skype subscriber records.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:   /s/ Alexander Mindlin
       Alexander Mindlin
       Assistant U.S. Attorney
       (718) 254-6433

Enclosures

cc:    Clerk of the Court (EK) (by ECF) (without enclosures)