UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

   - against -     Case Number 18-633 (EK)

ALEKSANDR ZHUKOV,

     Defendant.

_____

## NOTICE OF APPEAL

    Notice is hereby given that Aleksandr Zhukov, Defendant in the above-captioned

case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order

and all parts thereof entered in this case on August 28, 2020 (Docket No. 118).

       Respectfully submitted,

      By: /s/ Andrew J. Frisch
       Andrew J. Frisch
       Schlam Stone & Dolan LLP
       26 Broadway
       New York, New York 10004
       (212) 344-5400
       *afrisch@schlamstone.com*

       *Attorneys for Aleksandr Zhukov*

Abraham Rubert-Schewel
Dami Animashaun
 Of Counsel


To: All Counsel