**DOCKET NUMBER:**   CR 18-0633

## CRIMINAL CAUSE FOR Telephone Status Conference

**BEFORE JUDGE:** Eric R. Komitee, USDJ      **DATE:**  9/16/20     **TIME IN COURT** 1 Hr

**DEFENDANT'S NAME:**   Aleksandr Zhukov     **DEFENDANT'S #:**  1

■   Present      ❑   Not Present      ■   Custody      ❑   Not Custody

**DEFENSE COUNSEL:** Andrew Frisch, Dami Animashaun, Abraham Rupert-Schewel

❑   Federal Defender      ■   CJA      ❑   Retained

**A.U.S.A.:** Saritha Komatireddy, Michael Keilty, Andrew Mindlin

**CASE MANAGER:**   Alicia Guy

**COURT REPORTER:** Electronically recorded

**INTERPRETER:** Nelly Alishaev   **LANGUAGE:**   Russian

| | | | | | | |
|---|---|---|---|---|---|---|
| ❑ Initial Appearance | | | | ❑ Revocation of Supervised Release evidentiary | | |
| ❑ Status Conference | | | | ❑ Revocation of Supervised Release non- | | |
| ■ Telephone Conference | | | | evidentiary | | |
| ❑ Voir Dire Begun | ❑ Voir Dire Held | | ❑ Jury selection | | ❑ Jury trial | |
| ❑ Jury Trial Death Penalty | ❑ Sentence enhancement Phase | | | ❑ Bench Trial Begun | | |

**UTILITIES**

| | | | |
|---|---|---|---|
| ❑ ~Util-Plea Entered | ❑ ~Util-Add terminate Attorneys | ❑ ~Util-Bond Set/Reset | |
| ❑ ~Util-Terminate Parties | ■ ~Util-Set/Reset Hearings | | |

**TEXT**: As discussed on the record, Defendant may submit a proposed order authorizing (a) the acquisition of an internet-disabled laptop under the Criminal Justice Act and (b) the provision of that laptop to Mr. Zhukov at the Metropolitan Detention Center to review discovery. Defendant should inform the Court of the MDC's position regarding Mr. Zhukov's possession and use of the laptop. Also as discussed, if Defendant intends to seek CJA approval for the use of an additional associate on the trial team, he should submit the appropriate request pursuant to Section X(E) of the Revised Criminal Justice Act Plan in effect for this District. The government will file its motion *in limine* by October 5, 2020; Defendant will file a response by October 19, 2020; and the government will file its reply, if any, by October 26, 2020. A further status conference is set for November 2, 2020, at 10:30 a.m. As previously ordered, time under the Speedy Trial Act is excluded through November 23, 2020; *see* Docket Entry 118.