U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JAM/AFM
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 19, 2020

<u>By ECF</u>

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Aleksandr Zhukov
            <u>Criminal Docket No. 18-633 (EK)</u>

Dear Judge Komitee:

      The government respectfully submits this letter to supplement its response to the defense's status report submitted to the Court last week. <u>See</u> ECF No. 139. The government previously reported that MDC was taking steps to rearrange the attorney visiting rooms to enable defense counsel and the defendant to review electronic discovery on a computer screen while remaining on their respective sides of the plexiglass divider in the room. Earlier today, the government was advised that MDC has completed this rearrangement and the newly reconfigured attorney visiting rooms are available for use.

                                  Respectfully submitted,

                                  SETH D. DuCHARME
                                Acting United States Attorney

        By:    /s/
                Saritha Komatireddy
                J. Artie McConnell
                Alexander F. Mindlin
                Assistant U.S. Attorneys
                (718) 254-7000

cc:    Clerk of the Court (EK) (via ECF)
       All counsel of record (via ECF)