# EXHIBIT B

**PNB BANK, NA (Domestic)**

# CERTIFICATION

I, Pamela Glass, hereby certify that to the best of my knowledge, information, and belief:

1. I am a Records Custodian for PNC Bank, National Association, a national banking association.

2. As a Records Custodian, my responsibilities include identifying and authenticating records of PNC Bank, NA.

3. Attached to this certification is a record(s) (hereafter, "Records") of PNC Bank, NA, further identified in the inventory of documents that is also attached to this certification.

4. The record(s) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters (subject to any redactions I have made relating to certain Personally Identifiable Information); was kept in the course of the regularly conducted activity; and was made by the regularly conducted activity as a regular practice of PNC Bank, NA.

5. I declare under penalty of perjury that the forgoing is true and correct.

Date: 8 24-18

_Pamela Glass_

Records Custodian

**BANK OF AMERICA (Domestic)**

Regarding reference number: D101118000009
Court case number: 2016R02228
Court or issuer: OFFICE OF THE UNITED STATES ATTORNEY
Court case name: AHMAD SHAHMAN

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Monlade Bethea
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Monlade Bethea, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| AHMAD AL-SHAHMAN | 5256 linked to 5289) | Credit card Statement Pages, Application | 07/2012 - 06/2013 |
| AHMAD AL-SHAHMAN | 4001 (linked 7099, 5263, 9065) | Credit card Statement Pages, Signature | 05/2013 - 04/2014 |
| AHMAD AL-SHAHMAN | 5828 | Checks, Statement Pages, Signature card | 04/2012 - 05/2017 |
| AHMAD AL-SHAHMAN | 5842 | Checks, Statement Pages, Signature card, Deposits | 04/2012 - 06/2012 |

3.) **Production.**
    ___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: __10/17/18__   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

__✓__ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __17th__ day of __October 2018__. In witness thereof I have set my hand and official seal.

PETER A LUARD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Mar. 23, 2020

Signature of Notary Public in and for
State of DE
City/County of New Castle

**BMO HARRIS BANK (Domestic)**

 **BMO** **Harris Bank**

180 North Executive Drive
Brookfield, WI 53005

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

1.   I, Laura Stadler, am a duly authorized custodian of records of BMO Harris Bank N.A., with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.   I further declare that the documents attached hereto are original records or true copies that were:

  a. made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
  b. kept in the course of regularly conducted activity; and
  c. made by the regularly conducted activity as a regular practice.

3.   I further declare that the documents attached hereto constitute documents responsive to the subpoena.

4.   I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: 10/30/18      Signature: Laura Stadler
                               Laura Stadler
                               Subpoena Processing

Subscribed and sworn to before me
this 30 day of October 2018.

Patricia Ann M Iwen
Notary Public, State of Wisconsin
My commission expires: April 8, 2022

PATRICIA ANN M. IWEN
NOTARY PUBLIC
STATE OF WISCONSIN

BMO  | A part of BMO Financial Group

BMO Harris Bank N.A.

**CITIBANK (Domestic)**

**DECLARATION CERTIFYING U.S. RECORDS**
**OF REGULARLY CONDUCTED BUSINESS ACTIVITY**

I, the undersigned, __Laurie Freire__, pursuant to 28 U.S.C. § 1746, declare that:
*(name)*

1.    I am employed by __Citibank__ as __Sr. Specialist__ and by reason
*(company)*          *(title)*
of my position am authorized and qualified to make this declaration.

2.    I further certify that the records provided herein, containing
__Statements & Micro Copies__ are true copies of records that were:
*(description and hash value)*

   (a)    made at or near the time of the occurrence of the matters set forth therein, by, or
from information transmitted by, a person with knowledge of those matters;

   (b)    kept in the course of regularly conducted business activity;

   (c)    made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-7-20__
*(date)*

_____
*(signature)*

**WELLS FARGO (Domestic)**



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Michelle Hall, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

    A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

    C)    The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 22356625

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| 1099 - Wells Fargo | XXXXXX7614 | 0 | 0 |
| Note to Client: Unable to locate 1099 for requested individual/entity (PLEXIOUS, LLC). | | | |
| Signature Cards | XXXXXX7614 | 6 | 6 |
| Statements | XXXXXX7614 | 72 | 72 |
| XCC Applications | XXXXXXXXXXXX2465 | 0 | 0 |
| Please refer to account ending in (4940) for application requested. | | | |
| XCC Statements | XXXXXXXXXXXX7181 | 30 | 30 |
| XCC Statements | XXXXXXXXXXXX5130 | 0 | 0 |
| Unable to locate statements for account ending 5130 with the information provided. | | | |
| Statements | XXXXXX3816 | 48 | 48 |
| Certified Checks | XXXXXX3816 | 0 | 0 |
| Unable to locate Certified Checks for account number XXXXXXX3816. No records found for the time frame specified, | | | |
| XCC Statements | XXXXXXXXXXXX2465 | 26 | 26 |
| Debit Card | XXXXXX7614 | 0 | 0 |

Case No: 22356625; Agency Case No: 2016R02228

| | | | |
|---|---|---|---|
| Debit cards associated with account ending in (7614): 4259072038183363 Open date: 01/19/2017 Name:DAVID BULANOV 4259072996455605 Open date: 03/13/2015 Name: DAVID BULANOV 4259072010278728 Open date: 04/14/2011 Name: SERGEY DENISOFF 4259072038007216 Open date: 12/16/2016 Name: SERGEY DENISOFF 4259072016480492 unable to locate name or opening date of debit card. | | | |
| Wire Request | XXXXXX3816 | 0 | 0 |
| Unable to locate wires associated with acct ending in 3816 within the specified time frame. | | | |
| XCC Statements | XXXXXXXXXXXX8234 | 0 | 0 |
| Unable to locate statements associated with acct ending in 8234 within the specified time frame. | | | |
| XCC Applications | XXXXXXXXXXXXX7181 | 0 | 0 |
| Please refer to account ending in (4940) for application requested. | | | |
| Large Currency | XXXXXX7614 | 0 | 0 |
| Note to Client: Unable to locate currency transaction reports for provided individual/entity (PLEXIOUS, LLC). | | | |
| Wire Request | XXXXXX7614 | 679 | 679 |
| Deposits with offsets | XXXXXX3816 | 1 | 1 |
| XCC Applications | XXXXXXXXXXXXX5130 | 0 | 0 |
| Please refer to account ending in (4940) for application requested. | | | |
| Certified Checks | XXXXXX7614 | 2 | 2 |
| SARS | | 0 | 0 |
| Unable to locate SARS reports for provided individual/entity (PLEXIOUS, LLC). | | | |
| Checks/Debits | XXXXXX3816 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX7614 | 270 | 270 |
| XCC Applications | XXXXXXXXXXXXX4940 | 9 | 9 |
| XCC Applications | XXXXXXXXXXXXX8242 | 0 | 0 |
| Please refer to account ending in (4940) for application requested. | | | |
| Debit Card | XXXXXX3816 | 0 | 0 |
| Note to Client: Unable to locate debit card associated with account ending (3816) within time frame requested. | | | |

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX3816 | 2 | 2 |
| Statements | XXXXXX3816 | 225 | 225 |
| XCC Applications | XXXXXXXXXXXX8234 | 0 | 0 |
| Please refer to account ending in (4940) for application requested. | | | |
| Checks/Debits | XXXXXX7614 | 666 | 666 |
| XCC Statements | XXXXXXXXXXXX8242 | 0 | 0 |
| Unable to locate statements associated with acct ending in 8242 within the specified time frame. | | | |
| XCC Statements | XXXXXXXXXXXX4940 | 30 | 30 |
| Deposits with offsets | XXXXXX7614 | 401 | 401 |
| | **Total Copies Delivered:** | | **2,467** |

Additional comments: Unable to locate corporate resolutions for the time frame requested. Unable to locate loans, certificates of deposits, safe deposit box.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of New York that the foregoing is true and correct according to my knowledge and belief.  Executed on this 13th day of September, 2019, in the City of Charlotte, State of NORTH CAROLINA.

*Michell Hall*

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 22356625; Agency Case No: 2016R02228

**DSK BANK (Foreign)**

УДОСТОВЕРЕНИЕ ЗА АВТЕНТИЧНОСТ НА БИЗНЕС РЕГИСТРИ

Аз, долуподписаният, *Даниела Стефанова Иванова* с разбирането, че съм

обект на наказателна отговорност съгласно законите на България за умишлена невярна

декларация, декларирам, че аз съм:

работя в _____ *Банка ДСК ЕАД*

и моята титла е _____ *Мениджър фн Приморски, гр. Варна*

и, че въз основа на моята титла съм оправомощен и квалифициран да направя тази декларация.

Аз декларирам също така, че документите, приложени тук са ~~оригинали или~~ заверени

копия на документи, които:

1.  тези документи са създадени по време на или около момента на настъпване на събитията, описани тук, от (или от информация предоставена от) лице, притежаващо познания или на базата на информация;
2.  такива регистри са били съхранявани в хода на редовно провежданата бизнес дейността;
3.  регистрите са направени като редовна практика на бизнес дейността;
4.  ако някои от тези регистри не са оригинали, те са дубликати на оригиналите.

Оригиналите или дубликати на тези документи се намират в Рупублика България.

Дата на подписване: _____ *28. 02. 2019*

Място на подписване: _____ *гр. Варна*

Подпис: _____

*126*

## BUSINESS RECORDS CERTIFICATE OF AUTHENTICITY

I, the undersigned, [handwritten] Daniela Stefcheva Ivanova [PH], declare under penalty of perjury for deliberately making a false statement under the laws of Bulgaria, that I am:

> employed by [handwritten] DSK Bank EAD as a [handwritten] Manager Financial Center Primorski , Varna and by reason of my position am authorized and qualified to make this declaration.
>
> I further declare that the records provided herein are ~~original or~~ certified copies of documents that:

(a) these records were made, at or near the time of the occurrence of the events set forth herein, by (or from information transmitted by) a person with knowledge of those events or based on information;

(b) such records were kept in the course of the regularly conducted business activity;

(c) the records were made as a regular practice of the business activity;

(d) if some of these records are not originals, they are duplicates of the originals.

The originals or duplicates of these records are in the Republic of Bulgaria.

Date of execution: [handwritten] 02.28.2019

Place of execution: [handwritten]      Varna

Signature: [handwritten]

## СЕРТИФИКАТ ЗА АВТЕНТИЧНОСТ НА БИЗНЕС РЕГИСТРИ

Аз, долуподписаният, *Калина Стефчева Иванова*, с разбирането, че съм

субект на наказателна отговорност за умишлено направена невярна декларация съгласно законите

на Република България, декларирам, че аз:

работя/свързан съм *в Балкан АКХ ЕАД* и моята позиция е

*Мениджър ГУ Придворна, гр. Варна*

и поради моята позиция съм оторизиран и квалифициран да направя тази декларация.

Аз декларирам също така, че документите, приложени тук, са ~~оригинали или~~ заверени

копия на документи, които:

1. са били създадени по времето на или около момента на настъпване на събитията, описани тук от (или са получени на базата от информация, изпратена от) лице, притежаващо познания за тези събития;
2. са били съхранявани в хода на редовно извършвана бизнес дейност;
3. са били направени като редовна практика на бизнес дейността; и
4. ако не са оригинали, са дубликати на оригиналните документи.

Оригиналите или дубликатите на тези документи се съхраняват в Република България.

Дата на изпълнение: *11. 12. 2018*

Място на изпълнение: *гр. Варна*

Подпис:

6

## BUSINESS RECORDS CERTIFICATE OF AUTHENTICITY

I, the undersigned, [handwritten] Daniela Stefcheva Ivanova [PH], declare under penalty of perjury

for deliberately making a false statement under the laws of the Republic of Bulgaria, that I am:

> employed by/~~affiliated with~~ [handwritten] DSK Bank EAD as a [handwritten] Manager
>
> Financial Center Primorski, Varna and by reason of my position am authorized and
>
> qualified to make this declaration.
>
> I further declare that the records provided herein are ~~original or~~ certified copies of
>
> documents that:

1.   such records were made, at or near the time of the occurrence of the events set forth herein, by (or from information transmitted by) a person with knowledge of those matters or based on information;

2.   such records were kept in the course of regularly conducted business activity;

3.   such records were made by the regularly conducted business activity

     as a regular practice; and

4.   if such record is not an original, it is a duplicate of the original.

The originals or duplicates of such records are in the Republic of Bulgaria.

Date of execution: [handwritten] 12.11.2018

Place of execution: [handwritten]_____Varna

Signature: [handwritten]_____

**PNB BANKA (Foreign)**

2.

A Forma

Biznesa dokumentu autentiskuma apliecība

Es, Vigo Krastiņš, apzinoties kriminālatbildību par nepatiesa paziņojuma vai apliecinājuma sniegšanu, apliecinu sekojošo:

Es strādāju /esmu saistīts ar Maksātnespējīgā AS "PNB Banka" un ka mans ieņemamais amats ir Maksātnespējas procesa administrators un sava amata dēļ esmu pilnvarots un tiesīgs sniegt šo paziņojumu.

Katrs šai formai pievienotais dokuments ir dokuments, kas bijis šeit minētā uzņēmuma glabāšanā, kas:

A) tika sastādīts tajā laikā vai tuvu tam laikam, kad notikuši tajā izklāstītie fakti, un to sastādījusi persona, kura pārzin šos faktus (vai tie sastādīti pēc šādas personas sniegtās informācijas);

B) šie dokumenti tika kārtoti regulāri veiktas uzņēmējdarbības gaitā;

C) uzņēmums regulāri veicis šādu dokumentu kārtošanu;

D) ja kāds no šiem dokumentiem nav oriģināls, tad tas ir oriģināla kopija.

17.12.2019.

Rīgā

*Šī A Forma tiek parakstīta ar sekojošo piezīmi: Ar 2019.gada 12.septembra (turpmāk – "Apstiprināšanas datums") Rīgas pilsētas Vidzemes priekšpilsētas tiesas spriedumu AS "PNB Banka" pasludināta par maksātnespējīgu un par tās maksātnespējas procesa administratoru apstiprināts Vigo Krastiņš (turpmāk – "Administrators"). Latvijas Republikas Kredītiestāžu likuma 157.pants paredz, ka Administrators veic kredītiestādes dokumentu inventarizāciju, bet atbildību par dokumentu glabāšanu atbilstoši Kredītiestāžu likuma 161.panta otrajai daļai uzņemas ar Apstiprināšanas datumu un tikai attiecībā uz pārņemtajiem dokumentiem. Līdz ar ko, šai A Formai pievienotie dokumenti ir dokumenti, kurus ir pārņēmis Administrators, un šajā A Formā sniegtie apliecinājumi ir attiecināmi tikai uz pārņemtajiem dokumentiem, kuru autors ir maksātnespējīgā AS "PNB Banka" un kuru kārtošana notika pēc Apstiprināšanas datuma, pārējie dokumenti tiek nodoti pēc "as is" principa un apliecinājumi attiecībā uz tiem iztulkojami tikai un vienīgi kopsakarā ar šo Administratora piezīmi.*

Maksātnespējīgā AS "PNB Banka"
Administrators Vigo Krastiņš

_____(Paraksts)

Form A
Certificate of authenticity of business documents


I, Vigo Krastins, aware of criminal liability for false statements or declarations, state the following:

I work / am affiliated with insolvent JSC "PNB Banka;" my position is Administrator of the Insolvency Process; due to my position I am authorized and entitled to make the following statement.

Each document attached to this form is a document held by the said company:

A) it was drawn up at or near the time when the facts set out therein occurred, and was drawn up by a person familiar with the facts (or they are based on information provided by such person);
B) these documents were kept in the course of regular business;
C) the company made such records on a regular basis;
D) if any of these documents is not the original, it is a copy of the original.


December 17, 2019
Riga

*This Form A is signed with the following note: In a judgment dated 12 September 2019 (hereinafter - the "Approval Date"), the Riga City Vidzeme Suburb Court declared JSC "PNB Banka" insolvent and Mr. Vigo Krastiņš (hereinafter - "the Administrator") has been approved as its insolvency administrator. Section 157 of the Credit Institutions Law of the Republic of Latvia stipulates that the Administrator shall carry out an inventory of the documents of a credit institution, but shall assume responsibility for the storage of documents pursuant to the second paragraph of Article 161 of the Credit Institution Law. Therefore, the documents attached to this Form A are documents that have been taken over by the Administrator and representations made in this Form A are applicable only to documents taken over by the insolvent JSC "PNB Banka" and which have been settled after the Approval Date; the Transitional Documents are provided on an "as is" basis and the statements therein shall be viewed solely in conjunction with this Administrator Note.*


Mr. Vigo Krastiņš                    */signature/*                    (Signature)
Administrator of the insolvent JSC "PNB Banka"

A Forma

Biznesa dokumentu autentiskuma apliecība

Es *Diāna Ziemele* (vārds, uzvārds), apzinoties kriminālatbildību par nepatiesa paziņojuma vai apliecinājuma sniegšanu, apliecinu sekojošo:

Es strādāju / esmu saistīts ar/ Maksātnespējīgā AS "PNB Banka" (firmas nosaukums no kuras tiek lūgti dokumenti), un ka mans ieņemamais amats ir *direkcijas darbam ar reģionālim klientiem Rīgas® nodaļas* *vadītāja* (ieņemamais amats) un sava amata dēļ esmu pilnvarots un tiesīgs sniegt šo paziņojumu.

Katra šai formai pievienotais dokuments ir dokuments, kas bijis šeit minētā uzņēmuma glabāšanā, kas:

A)  tika sastādīts tajā laikā vai tuvu tam laikam, kad notikuši tajā izklāstītie fakti, un to sastādījusi persona, kura pārzin šos faktus (vai tie sastādīti pēc šādas personas sniegtās informācijas);
B)  šie dokumenti tika kārtoti regulāri veiktas uzņēmējdarbības gaitā;
C)  uzņēmums regulāri veicis šādu dokumentu kārtošanu;
D)  ja kāds no šiem dokumentiem nav oriģināls, tad tas ir oriģināla kopija.

*13. 11.*2019. (reģistrācijas datums)

Rīga (reģistrācijas vieta)

_____ (paraksts)

ZHU004212

Form A
Certificate of Authenticity of Business
Documents

I, (Handwritten) *Diana Jackevica* (name, surname), being cognisant of the criminal liability for making a false statement or certification, affirm the following:

I work / am affiliated with the insolvent JSC "PNB Bank" (the name of the company from which documents are requested), my position is (Handwritten) *Head of Regional Office for Regional Customers in Russia* (position), and, due to my position, I am authorized and entitled to make this statement.

Each document attached to this form is a document held by the aforementioned company, and:

A) wascreated at or near the time when the facts set out therein occurred, and was created by a person who was aware of those facts  (or was created on the basis of information provided by such a person);
B) was a document kept in the ordinary course of business;
 C)  the entity created such records on a regular basis;
D) if any of these documents is not the original, then it is a copy of the original.

November 13, 2019 (date of registration)
Riga (place of registration)

*/signature/* (Signature)

**EXPOBANK (Foreign)**

*6.pielikums pie 02.08.2018.*
*atbildes Nr. 11-E-09.04.8/2231*

**A Forma**

Biznesa dokumentu autentiskuma apliecība

Es, Evija Sloka, apzinoties kriminālatbildību par nepatiesa paziņojuma vai apliecinājuma sniegšanu, apliecinu sekojošo:

Es strādāju AS Expobank, vienotais reģistrācijas numurs 40003043232 (turpmāk tekstā – Banka), mans ieņemamais amats ir Bankas Valdes priekšsēdētāja vietniece un sava amata dēļ esmu pilnvarota un tiesīga sniegt šo paziņojumu.

2018.gada 02.augustā Banka sagatavoja un nosūtīja vēstuli Nr. 11-E-09.04.5/2231 (turpmāk tekstā – Bankas Atbilde) uz Valsts policijas Galvenās Kriminālpolicijas pārvaldes Starptautiskās sadarbības pārvaldes 18.07.2018. pieprasījumu Nr.20/2/5-18/16213. Katrs Bankas Atbildei pievienotais dokuments ir dokuments, kas bija šeit, minētā uzņēmuma glabāšanā, kas:

a) tika sastādīts tajā laikā vai tuvu tam laikam, kad notikuši tajā izklāstītie fakti, un to sastādījusi persona, kura pārzina šos faktus (vai tie sastādīti pēc šādas personas sniegtās informācijas);
b) šie dokumenti tika kārtoti regulāri veiktas uzņēmējdarbības gaitā;
c) uzņēmums regulāri veicis šādu dokumentu kārtošanu;
d) ja kāds no šiem dokumentiem nav oriģināls, tad tas ir oriģināla kopija.

02.08.2018.
Rīga

_____          Evija Sloka

[ Page 17 ]

*Annex 6 to Response Nr. 11-E-09.04.8/2231*
*of 08.02.2018*

**Form A**

Certificate of Authenticity of Business Documents

I, Evija Sloka, being cognisant of the criminal liability for making a false statement or certification, affirm the following:

 I work for AS Expobank, unified registration number 40003043232 (hereinafter - the Bank), my position is Deputy Chairman of the Board of the Bank, and, due to my position, I am authorized and entitled to make this statement.

 On August 2, 2018, the Bank prepared and sent letter No. 11-E-09.04.5/2231 (hereinafter - the Bank's Response) in response to request No.20/2/5-18/16213 of 07.18.2018 by the Main Criminal Police Department of the State Police International Cooperation Department.
Each document attached to the Bank's Response is a document held here, in the custody of the abovementioned company, and:

 (a) was created at or near the time when the facts set out therein occurred, and was created by a person who was aware of those facts (or was created on the basis of information provided by such a person);
 (b) was a document kept in the ordinary course of business;
 (c) the entity has created such records on a regular basis;
 (d) if any of these documents is not the original, then it is a copy of the original.

08.02.2018
Riga

_____[ signature ]_____ Evija Sloka

**CESKA SPORITELNA (Foreign)**

Formulář A

## POTVRZENÍ O OBCHODNÍCH ZÁZNAMECH

*PETRA JEDLIČKOVÁ*

Já, _____ (jméno a příjmení) _____ po poučení, že nepravdivá výpověď mne vystavuje nebezpečí uložení trestních sankcí, jako svědek dosvědčuji takto:

Jsem zaměstnán/a u / pracuji pro *ČS, a.s.* (název společnosti, od které se vyžadují písemnosti) ve funkci *OPS II* (funkce nebo úřední titul) _____ a z titulu této své funkce jsem oprávněn/a a kvalifikován/a k dosvědčení tohoto _____ jako výpovědi jménem společnosti.

Veškeré zde přiložené záznamy jsou záznamy ve správě výše jmenované společnosti a:

  (A) byly pořízeny v době nebo přibližně v době, kdy došlo k dále popsaným skutečnostem
      [zakroužkujte příslušné číslo/a]:

      (1) osobou, která o těchto skutečnostech věděla;
      (2) nebo na základě informací takovou osobou předaných;
      (3) osobou, k jejímž povinnostem mimo jiné patří zaznamenávat informace o takových skutečnostech jménem výše uvedené společnosti;

  (B) byly vedeny v průběhu řádně prováděné podnikatelské činnosti;
  (C) z titulu podnikatelské činnosti byly tyto záznamy pořízeny jako běžná praxe; a
  (D) pokud dané záznamy nejsou originály, jedná se o kopie originálu.

*6.3.2017* (datum vydání)
*ČESKÁ REP.* (země, v níž bylo potvrzení vydáno)
_____ (podpis)

9

Platný podpis.
Česká
spořitelna

Form A

CONFIRMATION OF BUSINESS RECORDS

I, [hw:] *PETRA ŽEJDLÍKOVÁ* (first and last name), having been advised as a witness that a false attestation subjects me to a penalty of criminal punishment, attest as follows:

I am employed by/work for [hw:] *ČS, a.s.* (name of business from which documents are sought)
in the position of [hw:] *OPS II* (business position or title) and by reason of my position am authorized and qualified to make this attestation as statements on behalf of the company.

Each of the records attached hereto is a record in the custody of the above-named business and:

A.   was made, at or near the time of the occurrence of the matters set forth therein [circle appropriate number(s)]:

(1)   by a person with knowledge of those matters;
(2)   or from information transmitted by a person with knowledge of those matters;
(3)   by a person who otherwise had a duty to record information concerning such matters on behalf of the above-named business;

B.   was carried out in the course of a regularly conducted business activity;
**C.**   was made by the business as a regular practice; and,
**D.**   if not an original record, is a duplicate of the original.

[hw:] *03/06/2018* (date of issue)
[hw:] *CZECH REPUBLIC* (country of issue)
[signature] (signature)

9

Valid signature
Česká
spořitelna

**UNICREDIT BULBANK (Foreign)**

<u>CERTIFICATE OF AUTHENTICITY OF BUSINESS REGISTRIES</u>

I, the undersigned, Panayot Aleksandrov with the understanding that I am subject to criminal liability for intentional

false declaration, under the laws of the Republic of Bulgaria, hereby declare that I:

Work In UniCredit Bulbank, Sofia, Bulgaria, 8 Aksakov str. as Senior manager with Security Department

and because of my position, I am authorized and qualified to make this declaration.

       I also declare that the documents annexed hereto are original or  certified copies of documents which:

1.  were created at or around the occurrence of the events described herein from (or received on the basis of
    information sent by) a person with knowledge of these events;
2.  were saved in the course of routine business activity;
3.  were created as regular practice of business activity; and
4.  if not originals, they are duplicates of the original documents.

  The original or duplicates of these documents are archived in the Republic of Bulgaria.

Date of execution: Sept 24, 2020

Place of execution: Sofia, Bulgaria

Signature: _____

**INTERACTIVE BROKERS (Foreign)**

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, Colin Harrison, attest on penalty of criminal punishment for false statement or false attestation that I am employed by Interactive Brokers (U.K.) Limited and that my official title is Chief Compliance Director. I further state that each of the records attached hereto is the original or a duplicate of the original of records in the custody of Interactive Brokers (U.K.) Limited. I further state that:

   A) such records were made at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

   B) such records were kept in the course of a regularly conducted business activity;

   C) the business activity made the records as a regular practice; and

   D) if any of such records is not the original, such record is a duplicate of the original.

_____ (Signature)

_____23 / 9 / 20_____ (Date)


Sworn to or affirmed before me, _____(Name), a ___ (notary public, judicial officer, etc.), this _____day of _____, 20_____.

**DROPBOX (Domestic)**

## DECLARATION CERTIFYING U.S. RECORDS OF REGULARLY
## CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Lindsay Sovern, pursuant to 28 U.S.C. § 1746, declare that:

1.　In and around July 2017, I was employed by Dropbox Inc. as an Analyst, Law Enforcement Team and by reason of my position am authorized and qualified to make this declaration.

2.　I further certify that the records produced on or about July 6, 2017 on a USB thumb drive with Dropbox reference number CR-6000-2461 are true copies of records that were:

> (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;
>
> (b) kept in the course of regularly conducted business activity; and
>
> (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/09/2021___ (date)

_____
(signature)

**LINKEDIN (Domestic)**

## DECLARATION CERTIFYING U.S. RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, ___Jennifer Muller___, pursuant to 28 U.S.C. § 1746, declare that:
*(name)*

1.   I am employed by ___LinkedIn___ as ___Law Enforcement Response Project Manager___ and by reason
*(company)*      *(title)*
     of my position am authorized and qualified to make this declaration.

2.   I further certify that the records provided herein, containing
     *account information for the profiles and users listed below* are true copies of records that were:
     *(description)*

     (a)    made at or near the time of the occurrence of the matters set forth therein, by, or
            from information transmitted by, a person with knowledge of those matters;

     (b)    kept in the course of regularly conducted business activity;

     (c)    made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 / 6 / 2020___
                 *(date)*

___Jennifer Muller___
*(signature)*

## USERS AND PROFILES

linkedin.com/in/justintaylor177
linkedin.com/in/konstantinbezruchenko-350b43b
linkedin.com/in/Aleksey Gubarev
linkedin.com/in/rajeshvmishra
linkedin.com/in/jsteman
cy.linkedin.com/in/eremenkomaria/en
ru.linkedin.com/in/adw0rd
cy.linkedin.com/in/ndvas
ru.linkedin.com/in/ilya-sokolov-27902216
ru.linkedin.com/in/boris-timokhin-200004a3/en
linkedin.com/in/lexzhukov/en
ua.linkedin.com/in/alexey-stepanenko-48a5b420
a@mediamethane.com
y.vazhgovskyi@vertamedia.com
linkedin.com/in/anafermurillo
linkedin.com/in/jenshaxgart
linkedin.com/in/sergeydenisoff
linkedin.com/in/victor-bezer-92854964
linkedin.com/in/abornyakov
linkedin.com/in/alexvolker
linkedin.com/in/yegor-vazgovskyi-67a03359
linkedin.com/in/elena-zhanimova-882917109
linkedin.com/in/elena-zhanimova-619a5a26
linkedin.com/in/stmark
linkedin.com/in/sergeyovsyannikov
linkedin.com/in/alexbeutel
linkedin.com/in/briandean

**MAXMIND (Domestic)**

# DECLARATION OF __Jason Ketola____
## CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, __Jason Ketola_____, pursuant to 28 U.S.C. § 1746, declare that:

1.   I am employed by __MaxMind, Inc._____ as __COO_____ and by reason of my position am authorized and qualified to make this declaration.

2.   I further certify that the documents provided pertaining to __IP Address 67.186.130.36 are true copies of records that were:

   (a)   made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b)   kept in the course of regularly conducted business activity; and

   (c)   made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __10-1-2020__
                      (date)

_____
                      (signature)

**24SHELLS (Domestic)**

## DECLARATION CERTIFYING DOMESTIC RECORDS OF
## REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Tushit Shah, pursuant to 28 U.S.C. § 1746, declare that:

1. I am the Chief Executive Officer of 24Shells Inc. and by reason of my position am authorized and qualified to make this declaration.

2. On or about December 20, 2018 I provided records to the Federal Bureau of Investigation containing data that was, at that time, hosted by 24Shells Inc. at Internet Protocol addresses 67.220.191.82, 67.220.191.83, 67.220.191.84, and 209.205.200.68.

3. The data that I provided consists of true copies of records that were:

   a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;
   b) kept in the course of regularly conducted business activity; and
   c) made by the regularly conducted business activity as a regular practice.

4. I declare under penalty of perjury that the foregoing is true and correct.


Executed on   10/07/20   (date)


_____
(signature)

**SABRE (Domestic)**

## DECLARATION CERTIFYING U.S. RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, _Danny Trager_____, pursuant to 28 U.S.C. § 1746, declare that:
                *(name)*

1.    I am employed by _Sabre GLBL_____ as _Sr. Principal_____ and by reason
                      *(company)*         *(title)*
    of my position am authorized and qualified to make this declaration.

2.    I further certify that the records provided herein, containing
    _Travel records per subpoena dated 02/23/2018_____, are true copies of records that were:
            *(description and hash value)*

    (a)    made at or near the time of the occurrence of the matters set forth therein, by, or
            from information transmitted by, a person with knowledge of those matters;

    (b)    kept in the course of regularly conducted business activity;

    (c)    made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _September 28, 2020_
             *(date)*

_Danny Trager_____
        *(signature)*

**APPLE (Domestic)**

## BUSINESS RECORD CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Maya Kumar, hereby declare:

1.      I am employed by Apple Inc. ("Apple") as a Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple located in Cupertino, California.   As such I have the authority to certify these records, APL000001_Apple Confidential to APL000002_Apple Confidential, produced on _, 2017 in response to a search warrant served on Apple on March 13, 2017. I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple.

3.      The records labeled APL000002 are Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID account with username ibetters@icloud.com ("Backup Records").

4.      These records were made at or near the time of the occurrence of the matters set forth in the records;

5.      With regard to the Backup Records, the aforementioned Apple ID account transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

6.      These records were kept in the course of the regularly conducted activity; and,

7.      These records were made by the regularly conducted activity as a regular practice.


I declare under penalty of perjury under the laws of California that the foregoing is true
and correct.

DATED:  July 6, 2017                                  **APPLE INC.**


By: _____

Name: Maya Kumar
Title:  Legal Specialist, Apple Inc.

**BUSINESS RECORD CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS**

I, Katherine Calvert, hereby declare:

1.        I am employed by Apple Inc. ("Apple") and that my official title is Legal Specialist.  I am a duly authorized Custodian of Records, or other qualified witness for Apple located in Cupertino, California.  As such I have authority to certify these records, 17114413 APL000001_APPLE CONFIDENTIAL in response to a subpoena served on Apple on December 5, 2017.   I am authorized to submit this declaration on behalf of Apple.

2.        Each of the records produced is the original or a duplicate of the original record in the custody of Apple.

3.        The records were made at or near the time of the occurrence of the matters set forth in the records;

4.        These records were kept in the course of the regularly conducted activity; and,

5.        These records were made by the regularly conducted activity as a regular practice.

 I declare under penalty of perjury under the laws of California that the foregoing is true and correct.


DATED: December 12, 2017                    ☐ **APPLE INC.**

                                                                    By:  *Katherine Calvert*
                                                                    Name:  Katherine Calvert
                                                                    Title:  Legal Specialist, Apple Inc.

**LINODE (Domestic)**



**Linode, LLC**
249 Arch St.
Philadelphia, PA 19106
https://www.linode.com/
855-4-LINODE

Linode LLC
Certificate of Authenticity

Consistent with the qualifications of 28 U.S.C. §1746, I, the undersigned, hereby declares, certify, verify and state under penalty of perjury that the following is true and correct, to the best of my knowledge:

1. I am currently the custodian of records for Linode, LLC, a New Jersey limited liability company ("Linode").

2. Linode is an infrastructure as a service provider, including Linode cloud hosting services.

3. I am authorized by Linode to submit this Certificate of Authenticity on behalf of Linode.

4. On or around April 9, 2018, Linode was served with Search and Seizure Warrant 2016R02228 arising in case number 18-MJ-291 of the Eastern District of New York, dated April 5, 2018 (the "Search Warrant").

5. On or around April 19, 2018, Linode responded to the Search Warrant by producing:
   a. A PDF file containing basic subscriber information, information on the means of payment, active users, active services, and ticket summaries, bearing the following SHA384 hash value:

      0454a8f571b989569c7c89455d8ccee84a3215747bb6368390e59b3
      bb55e933ec3fdea1f6cbf18e0bf7b23b3944e195a;

   b. A forensic disk image compressed with bzip2 captured on or around April 14, 2017, bearing the following SHA384 hash value:

      bdda0f3f66f63ca6604e88fe375ceec083a9d688f8c42ad864776ea58
      edaafcd9b1a2090bf0c2ae49d4c9f15c6040b26; and

   c. A forensic disk image compressed with bzip2 captured on or around April 16, 2018, bearing the following SHA384 hash value:

      2234a51f9cc7db1fc02d59a5ca8d6ac2117d269d080ec1e22619acbf
      7e2f9d402f96c417f750b1c7dfa426c7d3c7a453.

in lieu of providing in-person testimony (the "<u>Search Warrant Response</u>").

6.  The data provided in the Search Warrant Response was generated and maintained by the automated systems of Linode in the course of regularly conducted activity as a regular practice of Linode.

7.  The Search Warrant Response represented and continues to represent a full, accurate and complete production of records which satisfied the Search Warrant.

8.  Consistent with the qualifications of Rule 803(6) of the Federal Rules of Evidence, I have personal knowledge of the facts provided in the Search Warrant Response.

9.  Consistent with the qualifications of Rule 902(11) of the Federal Rules of Evidence, I am submitting this Certificate of Authenticity to certify the Search Warrant Response as records of a regularly conducted activity.

Dated: April 19, 2018

Jesse Alter
Custodian of Records
Linode, LLC

**GOOGLE (Domestic)**



Google Inc.                                            USLawEnforcement@google.com
1600 Amphitheatre Parkway
Mountain View, California 94043                        www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.　　　　I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.　　　　Google provides Internet-based services.

3.　　　　Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *IBETTERS2,* with Google Ref. No. 962065 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena via the Law Enforcement Request System.

4.　　　　The file(s) attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.　　　　 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Erin Hilliard_____                    Date: February 28, 2017
(Signature of Records Custodian)


    Erin Hilliard
(Name of Records Custodian)



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 962065)**

ibetters2.AccountInfo.txt:

MD5- fd4e193682369d3e9ff58bc32d7c79b8
SHA512-
8de40ce958fe7fe20c9b99a6f1093921f8e23d3cebfc014e0420610ef62a6c2ceae7c9474d10a7593ed
c586d1ba1a1f06d9b191aa88313791a41e76a807dd6d0



Google Inc.                                                    USLawEnforcement@google.com
1600 Amphitheatre Parkway
Mountain View, California 94043                                                www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.         I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am
authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the
following facts, except as noted, and could testify competently thereto if called as a witness.

2.         Google provides Internet-based services.

3.         Attached is a true and correct copy of records pertaining to the Google account-
holder(s) identified with account(s) *AVIAPOST08, JAKELODE0, MATHETE.COM,* with Google
Ref. No. 977239 ("Document").  Accompanying this Certificate of Authenticity as Attachment A
is a list of hash values corresponding to each file produced in response to the Grand Jury
Subpoena via the Law Enforcement Request System.

4.         The file(s) attached hereto is a record made and retained by Google. Google servers
record this data automatically at the time, or reasonably soon after, it is entered or transmitted by
the user, and this data is kept in the course of this regularly conducted activity and was made by
regularly conducted activity as a regular practice of Google.

5.          Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is
true and correct to the best of my knowledge.

___/s_Yesenia Flores_____                    Date: April 14, 2017
(Signature of Records Custodian)


    Yesenia Flores
(Name of Records Custodian)



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 977239)**

aviapost08.AccountInfo.txt:

MD5- a287e28412f6fb14af00e902aaf6294b
SHA512-
e6b3d677cdc7bcc12b217f38f602ac337bfa501f3a0343fcab55a6c63447b3a9e5336f5b9c367522db
599f17770372b8c8b38440485b9ff44a84541ca5163e2b

jakelode0.AccountInfo.txt:

MD5- e12f06a2b9a913a183807aefdfe4ecdd
SHA512-
fd6ea1154c2b790d325784bea90486cb44457ca6a0be39b43707f82a38179ecb3bfe29e9bef4c367d
37f528c872e74e22f9f5722a58da4b06936b89e8b3fa61e

mathete.com.AccountInfo.txt:

MD5- 93872986f5f8bbf9bf475343aaa03db2
SHA512-
3090bd65185e6b59ff5275b44c0d1dbfba6d501959becd027f0bfd0969b6d6ed5c45dacbb443bcd5a
f1b74182019daee8a3bba8af3e27b2b9fd63f20d1840d04



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services.

3.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *ADW0RD.YANDEX.RU,* with Google Ref. No. 945976 ("Document").  Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent via the Law Enforcement Request System.

4.      The file(s) attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Katie Lehman_____                    Date: February 17, 2017
(Signature of Records Custodian)


     Katie Lehman
(Name of Records Custodian)



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 945976)**

adw0rd.yandex.ru.AccountInfo.Preserved.1.txt:

MD5- ee728baa3665197dfd3df6526f21d662
SHA512-
c6d8866f1fafb31f3b8888e247e6c701cc2261ce1ab641dd7e12965c74bfc585e521954e129efe2dae
e1bd88db97c3d1cb616d37e0d0a60cab55b82430e5eaeb

adw0rd.yandex.ru.AccountInfo.Preserved.2.txt:

MD5- 84fa1459bdb82284b28f96dd87c94892
SHA512-
8e060a8c5a654cc8431102f05b9f2c79d018ec766380b24c9d18b235b8397cae908db0e214b6de97e
6fc8de615c99976fe5e3e08c7e3751cee72aa897ee2410b

adw0rd.yandex.ru.AccountInfo.txt:

MD5- 1f58432be837a4684e997ed2b0a78abf
SHA512-
cc833cb2ed4ca7bba2b3269ee9c2c7de562ca9b9803cb7d56e5149bf8782f2c83823060e154bab5f5
d44d49290a2beab098d3f3eb90e208e2b1984c96fd0abe8

adw0rd.yandex.ru@gmail.com-AccountsLinkedByCookies.txt:

MD5- 7fa60a19bf03eef06572f2b2baca66bb
SHA512-
6d52164d375139fa5bd03be7df75e8dc4768e2f1d44c807dcc406eec8483b2d0acf9e68f0699909de
1adfd59959b12de1a2bff7514115f4dba75eb1a349d57c1

adw0rd.yandex.ru@gmail.com.AccountInfo.Preserved.3.txt:

MD5- 19e3ef80100b2103621412592f0e5b05
SHA512-
dcd7b2cca3930252518e710baa365fcd51d83dabb76743d3c68d05bed7ab732c4ce4ab8680ba0cb3
42c10b219c29e7db7ad139d9c025f33e02300f22d208a30e

adw0rd.yandex.ru@gmail.com.Gmail.Headers.Preserved.1.mbox:

MD5- 94fdcdede9c644a3fbc50ac808906f30
SHA512-
39772dbd2be1985f83e430dc2cab1a154a50f50ff3c6202e50b519c3e1974fd72e75df03464ae84030
a18b2f6584bcd7f059dfeb4f9b74a1b20181acb4eca593

adw0rd.yandex.ru@gmail.com.Gmail.Headers.Preserved.2.mbox:



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 0b18da77a9b18326d90260b3213bf8b7
SHA512-
3605fb0868b681944d8e6dc9468cb9b4986b6093b9a726a917382b0cf901fcb9f92f09e6de1601d7c
44f1efb098eb38976b2c2da92b878615d3b76f1e3c1dece

adw0rd.yandex.ru@gmail.com.Gmail.Headers.mbox:

MD5- 5d2309451a749dd62d86fa913370e768
SHA512-
3b04d1ec6d4d068500975f23b99c4587dab2b14a205837b270fafb48c151ddbffcb150e89e40eecff4
a28fb6e6d34db82d8aed8b771fe0a6f6d6896819f26f70

**DIGITAL OCEAN (Domestic)**



BUSINESS RECORDS
CERTIFICATE OF AUTHENTICITY

I, Jeffrey Rosenberg, attest that I am employed by DigitalOcean, Inc. My official title is Trust and Safety Advocate, and act as the custodian of records for DigitalOcean. For the attached record, I certify that:

(A) the record was made at or near the time by — or from information transmitted by — someone with knowledge;

(B) the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

(C) making the record was a regular practice of that activity;

(D) this is the original or a true and correct copy of a domestic record;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2019



**DOMAINTOOLS (Domestic)**

## DECLARATION CERTIFYING U.S. RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, _____Timothy Chen_____, pursuant to 28 U.S.C. § 1746, declare that:
                                    *(name)*

1.      I am employed by __DomainTools LLC__ as the Chief Executive Officer and by reason
                              *(company)*                    *(title)*
        of my position am authorized and qualified to make this declaration.

2.      I further certify that the records provided herein, in a compressed text document titled
        Response to Subpoena 2016R02228 (with the following hash: MD5
        (whois_records.out.gz) = 7a353872040e6bb150c3a2392df043dc) are true copies of
        records that were:

        (a)     made at or near the time of the occurrence of the matters set forth therein, by, or
                from information transmitted by, a person with knowledge of those matters;

        (b)     kept in the course of regularly conducted business activity;

        (c)     made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____4/10/18_____
                         *(date)*

_____
          *(signature)*

**MICROSOFT (Domestic)**

**DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS**
**(Pursuant to Federal Rules of Evidence 803(6) and 902(11)**

I, Evelyn Blackwell, am the Custodian of Records, or am otherwise qualified to authenticate the records of Microsoft Corporation. Microsoft Corporation has provided the attached records pursuant to a legal demand.

I hereby certify that the attached records are business records of the regularly conducted activity, and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that these records were:

1      made at or near the time of the occurrence of the matter set forth in the records by a person with knowledge of those matters or for information transmitted by a person with knowledge of those matters; and are true copies of the original records described in the legal demand.

2.     kept in the course of regularly conducted activity;

3.     made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
One Microsoft Way, Redmond, WA  98052-6399
425-722-1299

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Signed: _____

Dated this 5th day of August, 2020.

**DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS**
**(Pursuant to Federal Rules of Evidence 803(6) and 902(11)**

I, Catherine Yumul, am the Custodian of Records, or am otherwise qualified to authenticate

the records of Microsoft Corporation.  Microsoft Corporation has provided the attached records

pursuant to a legal process.

I hereby certify that the attached records are business records of the regularly conducted

activity, and that I am a custodian or am otherwise qualified as to the authentication of these

records.  I also certify that these records are:

1       made at or near the time of the occurrence of the matter set forth in the records by
        a person with knowledge of those matters or for information transmitted by a
        person with knowledge of those matters; and are true copies of the original
        records described in the legal process.

2.      kept in the course of regularly conducted activity.

3.      made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
1020 Enterprise Way, Sunnyvale, CA 94089
425-722-1299

I declare under penalty of perjury under the laws of the State of California, that the foregoing is

true and correct.

Signed: _____

Dated this January 3, 2020