Machine gun schema

300 browsers, each 5 minutes on a website. That's 3,600 clicks per hour
85,000 clicks per server, per 24 hours
85 IPs with 1,000 clicks per IP.

Profit
17 dollars per day if a bid is 0.0002.  510 dollars per month.
12 .75 dollars per day if a bid is 0.00015. 382 dollars per month.

Total in the best case scenario:
Profit
$510 minus server 100 and IPs 80 = 330 dollars of Pure profit.

$382 minus server 100 and IPs 80 =
202 dollars of pure profit.



GOVERNMENT
EXHIBIT
**676T**
18-CR-633 (EK)