DMP:SK/JAM/AFM
F.#2016R02228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -                         No. 18-CR-633 (S-1) (EK)

ALEKSANDR ZHUKOV,
      also known as "Alexander
      Zhukov" and "ibetters,"

               Defendant.

– – – – – – – – – – – – –X

### THE GOVERNMENT'S PROPOSED VERDICT SHEET

### COUNT ONE
(Wire Fraud Conspiracy)

On the charge of wire fraud conspiracy in Count One, how do you find the

defendant Aleksandr Zhukov?

    Guilty _____             Not Guilty _____

### COUNT TWO
(Wire Fraud)

On the charge of wire fraud in Count Two, how do you find the defendant

Aleksandr Zhukov?

    Guilty _____             Not Guilty _____

## COUNT THREE
(Money Laundering Conspiracy)

On the charge of money laundering conspiracy in Count Three, how do you find the defendant Aleksandr Zhukov?

Guilty _____          Not Guilty _____

*If you answered "Guilty" for Count Three, please answer the following questions:*

Do you unanimously find that an object of the conspiracy was to transport, transmit, or transfer monetary instruments or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States with the intent to promote the carrying on of wire fraud?

Yes _____          No _____

Do you unanimously find that an object of the conspiracy was to transport, transmit, or transfer monetary instruments or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States knowing that the monetary instruments or funds represented proceeds of some form of unlawful activity and knowing the transportation was designed, in whole or in part, to conceal or disguise the nature location, source, ownership or control of the proceeds of specified unlawful activity?

Yes _____          No _____

Do you unanimously find that an object of the conspiracy was to engage in one or more monetary transactions within the United States involving property of a value greater than $10,000 that was derived from specified unlawful activity, knowing that the funds were the proceeds of some unlawful activity?

Yes _____          No _____

<u>COUNT FOUR</u>
(Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)

On the charge of engaging in monetary transactions in property derived from

specified unlawful activity in Count Four, how do you find the defendant Aleksandr Zhukov?

Guilty _____          Not Guilty _____

Have your foreperson sign and date this form, and return to the courtroom.

Dated:   Brooklyn, New York
_____, 2021

_____
FOREPERSON