| | |
|---|---|
| **From:** | Liao, Jack H. (CyD) (FBI) |
| **To:** | Mindlin, Alexander (USANYE) |
| **Cc:** | Merriman, Christopher (NY) (FBI); Komatireddy, Saritha (USANYE); Aslanyan, Evelina (CTD) (FBI) |
| **Subject:** | Re: Questions for Zhukov |
| **Date:** | Monday, November 5, 2018 11:23:53 AM |

Hi Alex,

Yes, I received these on the road but I'll have my BGR colleagues print them out.

-- Jack

-

-------- Original message --------
From: "Mindlin, Alexander (USANYE)"
Date: 11/5/18 5:06 PM (GMT+02:00)
To: "Liao, Jack H. (SP) (FBI)"
Cc: "Merriman, Christopher (NY) (FBI)" , "Komatireddy, Saritha (USANYE)" , "Aslanyan, Evelina (NY) (FBI)"
Subject: Re: Questions for Zhukov

Jack, do you have the ability to print these materials out in Varna? Assume you were already on the road when you received them.

Sent from my iPhone

On Nov 5, 2018, at 9:49 AM, Komatireddy, Saritha (USANYE) > wrote:

Jack,
Please see attached a list of questions for Zhukov. The agents will be able to provide the referenced photos. I'm also attaching some hot docs in case the interview progresses to a point where it makes sense to use them.
-Saritha

Saritha Komatireddy
Acting Deputy Chief
International Narcotics and Money Laundering Section
United States Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: ███
Fax: ███
Email: ███

<20150910-Re_[AFRINIC #316764] Membership-1.pdf>
<20150505-[JIRA] (METH-256) научить метан кликать по банерам гугла на кар....pdf>
<20150625-TO-DO-261.pdf>



GOVERNMENT
EXHIBIT
4
18-CR-633 (EK)

<20161015-Re_таймауты и метрики-61.pdf>
<20161019-Re_blinkx-7173.pdf>