**DOCKET NUMBER:** <u>CR 18-0633</u>

## CRIMINAL CAUSE FOR Oral Argument

**BEFORE JUDGE:** <u>Eric R. Komitee, USDJ</u>   **DATE:** <u>4/16/21</u>   **TIME IN COURT** <u>2 Hrs</u>

**DEFENDANT'S NAME:** <u>Aleksandr Zhukov</u>   **DEFENDANT'S #:** <u>1</u>

■ Present   ❏ Not Present   ■ Custody   ❏ Not Custody

**DEFENSE COUNSEL:** <u>Zachary Margulis-Ohnuma, Tess Cohen, Bejamin Notterman, Oksana Tuncer</u>

❏ Federal Defender   ■ CJA   ❏ Retained

**A.U.S.A.:** <u>Saritha Komatireddy, Artie McConnell, Alexander Mindlin, Mark Rubins (case agent)</u>

**CASE MANAGER:** <u>Alicia Guy</u>

**COURT REPORTER:** <u>Michele Nardone</u>

**INTERPRETER:** <u>Yana Agoureev, Nelly Alishaev</u> **LANGUAGE:** <u>Russian</u>

❏ Initial Appearance             ❏ Revocation of Supervised Release evidentiary
❏ Status Conference             ❏ Revocation of Supervised Release non-
❏ Telephone Conference              evidentiary
❏ Voir Dire Begun    ❏ Voir Dire Held    ❏ Jury selection    ❏ Jury trial
❏ Jury Trial Death Penalty    ❏ Sentence enhancement Phase    ❏ Bench Trial Begun
❏ Bench Trial Held    ❏ Bench Trial Completed    ■ Motion Hearing Non Evidentiary

❏ Other Evidentiary Hearing Contested   TYPE OF HEARING

**UTILITIES**

❏ ~Util-Plea Entered          ❏ ~Util-Add terminate Attorneys       ❏ ~Util-Bond Set/Reset
❏ ~Util-Terminate Parties     ❏ ~Util-Set/Reset Hearings

**TEXT:** The Court granted the government's motion to permit Witness 2 to testify by live two-way video teleconference and reserved decision on the remaining motions *in limine*.