[logo:] **PROSECUTOR'S OFFICE OF REPUBLIC OF BULGARIA**

# PROSECUTOR'S OFFICE OF REPUBLIC OF BULGARIA
## DISTRICT PROSECUTOR'S OFFICE OF VARNA
### DISTRICT INVESTIGATOR'S OFFICE

Varna, 2 Georgi Atanasov St., tel. 052/575447, fax: 052/501 055, email: oslo_op@vn.prb.bg

## SEARCH AND SEIZURE REPORT

Today, 11/06/2018, in the city of … the undersigned, Ilia Iliev, investigator at the District Investigator's Office at the District Prosecutor's Office in Varna, pursuant to art. 128-130, 159-163 and 236 of the CPC, after receiving authorization from District Court – Varna, with court order No. 3539/11/05/2018 at the request of the District Prosecutor of Varna, and in the presence of the witnesses:

1. Teodor Tzvetelinov Tzvetanov, Personal ID No. 9810055346, address: Russe, 2 Filip Stanislavov St., entrance 3, fl. 3, apt. 9
2. Daniel Plamenov Ferezlijski, Personal ID No. 9911123428, address: village of Malo Konare, District Pazardzhik, 22 Trideset i Treta St.

Art. 137(3) CPC - The witnesses are required to appear after they are invited and to remain available for as long as they are needed. For failing to fulfill these obligations, they will be liable as witnesses.

Art. 137(4) CPC - The witnesses are entitled to: make remarks and objections regarding omissions and violations; request changes, amendments and addendums to the report; sign the report with special considerations, after indicating their reasons to do so; seek an annulment of actions that infringe on their rights and legitimate interests; receive adequate remuneration, and get reimbursement for the costs they have incurred.

We are aware of our rights and obligations per art. 137, para. 3 and 4 of CPC:

WITNESSES:

1. …………………………
   [illegible signature]

2. ………………………...
   [illegible signature]

Also present was Marinela Stefanova Koleva, translator from Bulgarian to Russian and vice versa.

I am aware of my liability per art. 290, para. 2 of the PC for consciously providing false translation or interpretation.

TRANSLATOR:    ………………………...
   [illegible signature]

in the presence of:
1. Vladimir Nikolov Dimitrov, computer specialist, Cybersecurity Department at the Main Directorate for Combatting against Organized Crime (MDFOC) at the Ministry of Internal Affairs (MIA);

[illegible signatures]

1

2. Miroslav Dimitrov Minchev – expert, Basic Scientific and Technical Laboratory (BSTL) at the District Police Office in Varna;
3. Evelina Aslanyan, special agent at the Federal Bureau of Investigation USA, New York Office;

I announced the decision to conduct a search and seizure of the individual and his residence and asked the individual **Aleksandr Mihailovich Zhukov, Personal ID No. 1003134626** to provide the items and documents in his residence, located at Varna, 68 Yanko Slavchev St., apt. 42, occupied by the Russian citizen Aleksandr Mihailovich Zhukov, born on 04/10/1980, in Russia, Personal ID No. 1003134626, with Residence Permit No. 701030422, issued on 09/27/2018 by MIA Varna, that could be relevant to RLA No. 568/2018 in the registry of the District Investigation Office at DPO Varna, filed in relation to the request for legal assistance from the USA, upon which I conducted a search of the residence of **Aleksandr Mihailovich Zhukov, Personal ID No. 1003134626,** located in Varna at 68 Yanko Slavchev St., apt. 42.

In the course of the search I found, inventoried, and seized the following items:

I. **From the first floor of the residence, consisting of one room, a living room and a kitchen:**

Item No. 1: A green grass-like substance measuring about 4.5 cm by 1.5 cm;

Item No. 2: A Samsung S8+ mobile phone, with manufacturer number IMEI1: 354359083015406, IMEI2: 354360083015404; with SIM card with Russian phone number +79213485243; the key to unlock the phone is 3214789;

Item No. 3: An Apple router with serial number C86PF10JF9H6;

Item No. 4: A mobile hard disk in a brown faux leather box without an inscription and one Sony PS4 game console, model CUH1108A with serial number 03-27452250-5719829;

Item No. 5: XBOX360 game console with serial number 212066404205, black in color;

Item No. 6: An iPhone mobile phone, model A1387, with ID number BCG-E2430A, IC: 579C-E2430A, white in color;

Item No. 7: A Sony flash memory drive, 16GB, black in color;

Item No. 8: 1 SIM card reader, with one SIM card without any special markings, dark blue in color; optical memory drive, green in color, with the inscription "EMTEC"; one digital device

[illegible signatures]

2

ZHU005530

with the inscription "chrome," model number H2G2-42, ID: A4RH2G2-42 IC: 10395A-H2G242;

Item No. 9: 1 black Apple digital device, model A1625, ID:DYSQR9XMGXH8 and one digital device, resembling a black box, with a number on the inside of the box YZ9050150724;

Item No. 10: A yellow polyethylene bag containing documents;

Item No. 11: 1 SIM card with number 8990029301034289507; one SIM card with the inscription Mtel, number 8935901990806709201; one micro USB connector; one adapter for SD cards, with one micro SD card, 16GB, with the inscription Lexar 633x; one Samsung DUOS mobile phone, yellow in color, model GT-S7262, IMEI 356509/06365223/4 and IMEI 356510/06/365223/2 with serial number RV1F933RMXN, with battery, without inserted SIM cards; one Apple smartwatch with a gray watch band and an inscription on the back WATCH SERIES 2; one iPad, 64GB, model A1337, IMEI: 012224007864459, serial number GB02457NETV, gray in color;

Item No. 12: 1 MAC computer, model A1419, serial number DGKSGHZXGQ17, EMC No. 2834;

Item No. 13: 1 stalk of green grass substance with dimensions 6x2 cm;

Item No. 14: 1 pocket containing 7 A4 paper size documents; one hard disk, FUJITSU, 500GB, model MJA2500BH, serial number K94FT9826FBP;

Item No. 15: 1 metal blue-red LavAzza coffee box, containing a green grass substance resembling hemp;

II.     From the second floor of the residence, consisting of 5 rooms – a laundry room, 2 bedrooms, a bathroom and a closet:

Item No. 16: An Apple digital device, white in color, model A1392, serial number C86HJ07FDV2R; one iPhone mobile phone, black in color with silicone cover, model A1784, ID: BCG-E3092A, IC: 579C-E3092A, with a Telenor SIM card with number 89359050000102296574; one iPad, gray in color, model A1584, ID: BCGA1584, IC: 579C-A1584, serial ID: DLXR3902GMLM, with a flip cover;

Item No. 17: One digital device, black in color, model A1625, ID: BCGA1625 IC: 579C-A1625 serial number F02Q3SRSG9RM; one digital device, black in color, model A1378, serial number C7RGHHEMDDR5, ID: BCGA1378, IC: 579C-1378; one digital device, model A1406 ID: BCGA1408 IC: 579C-A1408, serial number C86H84U5DM72; white in color;
These items were found in one of the bedrooms.

[illegible signatures]

Objections, notes and requests by the people present:
There were none.

    Explanations about the found and seized items, documents, etc. (indicate who gives what explanations). All items belong to me, with the exception of the LavAzza metal coffee box, which contains marijuana.

    A copy of this record was given to the individual:

**Aleksandr Mihailovich Zhukov, Personal ID No. 1003134626**

Evelina Aslanyan, special agent at the Federal Bureau of Investigation USA, Office New York was present during the search as an observer, without taking part in it.

The search started at 08:00 am and concluded at 10:50 am.

|  |  |
|---|---|
| WITNESSES: | 1. …………………………… [illegible signature] |
|  | 2. ………………………….. [illegible signature] |
| TRANSLATOR: | ………………………….. [illegible signature] |
| PRESENT: |  |
|  | 1. ………………………… [illegible signature] |
|  | 2. …*M. Minchev/ EKD BSTL /* [illegible signature] |
|  | 3. ………………………….. [illegible signature] |
| INVESTIGATOR: | ………………………….. [illegible signature:] |

4

ZHU005532