

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Detention Center*

*80 29th Street*
*Brooklyn, New York 11232*

April 26, 2021

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **Aleksandr Zhukov, Register No. 91388-053**

Dear Judge Komitee:

    This letter is written in response to your Order on April 23, 2021 requesting information pertaining to your February 10, 2021 Order. Particularly, you request information regarding inmate Aleksandr Zhukov, Register No. 91388-053, and his access to discovery.

    The last status conference, February 10, 2021, your Honor emphasized the importance of the time Mr. Zhukov have to review his discovery. Below, I will provide some dates in which were logged, documenting some of the dates Mr. Zhukov reviewed discovery and, some of the dates in which he refused. Unfortunately, due to the constant shift change and officer assignment there is not one designated staff member that can account for this log, and it is not common practice for the officers to log this information. Additionally, I'd like to note, in effort to ensure Mr. Zhukov had the opportunity to review the discovery laptop, our paralegal sends an automated email daily (this procedure was in effect prior to Mr. Zhukov receiving a discovery laptop), and indicates Mr. Zhukov and other inmates who must be produced to the visiting room to review their discovery.[1] Since the previous conference, I have no recollection as to any issues within the institution which would have disallowed Mr. Zhukov from reviewing the discovery. When Mr. Zhukov no longer wishes to review discovery, an officer escorts him back to his unit.

---

[1] Ex. A

    a.   02/11/21 – 2 hour 40 minutes[2]
    b.   02/12/21 – 40 minutes
    c.   02/13/21 – refused[3]
    d.   02/16/21 – 2 hours 34 minutes
    e.   02/17/21 – 3 hours 34 minutes
    f.   02/18/21 – accepted
    g.   02/19/21 – 1 hour 30 minutes
    h.   02/20/21 – refused[4]
    i.   02/21/20 – 2 hours 20 minutes[5]
    j.   02/26/21 – refused because of court conference
    k.   02/27/21 – refused[6]
    l.   03/05/21 – refused[7]
    m.   03/09/21 – refused[8]
    n.   03/19/21 – refused[9]
    o.   04/22/21 – accepted[10]
    p.   04/24/21 – refused[11]
    q.   04/25/21 – accepted[12]
    r.   04/26/21 - accepted[13]

       We have several other inmates who are escorted by staff downstairs to the West Visiting Room for discovery review.  There is at least one other inmate that is escorted to the West Visiting Room daily.  The staff and inmates are well aware of the procedures and usage of the West Visiting room for discovery review.  For the foregoing reasons, there is no reason as to why Mr. Zhukov would have been denied access to the West Visiting room for Discovery Review on his laptop, if he has

---

[2] Ex. B (#a-b, d-g)
[3] Ex. C
[4] Ex. D
[5] Ex. E
[6] Ex. G
[7] Ex. H
[8] Ex. I
[9] Ex. J
[10] Ex. M
[11] Ex. K
[12] Ex. L
[13] Ex. N

requested it.

If there is any information the Court requires from the institution, we will be happy to provide it.

Respectfully submitted,

/s/ *Sophia Papapetru*

**Sophia Papapetru**
Staff Attorney
MDC Brooklyn
Federal Bureau of Prisons