

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JAM/AFM
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 30, 2021

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Aleksandr Zhukov
              Criminal Docket No. 18-633 (S-1) (EK)

Dear Judge Komitee:

      The government memorializes several prior disclosure letters and files them on the docket for the record.

                                    Respectfully submitted,

                                    MARK J. LESKO
                                    Acting United States Attorney

                      By:    /s/Saritha Komatireddy
                                    Saritha Komatireddy
                                    Artie McConnell
                                    Alexander F. Mindlin
                                    Assistant United States Attorneys
                                    (718) 254-7000

cc:    Clerk of the Court (EK) (via ECF)
       All counsel of record (via ECF)