

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/JAM/AFM
F. #2016R02228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 2, 2021

By ECF

The Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Aleksandr Zhukov
       Criminal Docket No. 18-633 (S-1) (EK)

Dear Chief Judge Pollak:

    The government respectfully submits this letter in response to the Court's request for additional questions to be asked during in-person voir dire of prospective jurors this week.  The government proposes the following additional general questions.  The government will advise the Court of any proposed follow-up questions that are specific to a particular juror during the voir dire process.

    1. How old are you?

    2. Where were you born?  Where were your parents born?  Where were you raised?

    3. Where did you go to school?  How far did you go in school?  If you have a college degree, please identify in what field.

    4. What type of work do you do and what type of business is it?  How long have you worked at your present job?  Do you supervise others in your job?

      a. If not employed, are you attending school, retired, unemployed, homemaker, or something else?  If retired or unemployed, how long have you been unemployed or retired, and what type of work did you do before that?

5.      Where do you live (city/state)?  How many people live in your household and what are their ages?  Do you own or rent your home?  How long have you lived in your current home?   Where did you live before that?  How long did you live there?

6.      Are you married?  Do you have any children?  Do they go to school, work, or something else?  If they work, what fields do they work in?

7.      What news sources—newspapers, TV shows, radio shows, websites, etc.—do you go to regularly?  What is your primary source of news?

8.      Do you or the members of your household participate in any clubs, volunteer groups, or other organizations?  Which ones?

9.      Are you presently a member of any church, synagogue, mosque, temple, or other religious organization?  (Yes or no, do not specify which.)  If so, how often do you attend religious services?

10.    Who is the one person—who is likely known to all of us—whom you most admire?

11.    Is there anything about your background or your personal, political, or religious beliefs that would prevent you from sitting in judgment of another person in a criminal trial?


Respectfully submitted,


MARK J. LESKO
Acting United States Attorney

By:    /s/Saritha Komatireddy
         Saritha Komatireddy
         Artie McConnell
         Alexander Mindlin
         Assistant U.S. Attorneys
         (718) 254-7000


cc:    Clerk of the Court (CLP) (via Email)
       All counsel of record (via ECF)


2