SK/JAM/AFM
F. #2016R02228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                              Docket No. 18-CR-633 (S-1) (EK)

ALEKSANDR ZHUKOV,
        also known as "Alexander
        Zhukov" and "ibetters,"

                Defendant.

– – – – – – – – – – – – – – – – – – X

## THE GOVERNMENT'S EXHIBIT LIST

MARK J. LESKO
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Saritha Komatireddy
Artie McConnell
Alexander F. Mindlin
Assistant U.S. Attorneys
    (Of Counsel)

| Exhibit # | Admitted | Description |
|---|---|---|
| 1 | | IP Ranges CIDR |
| 1A | | IP Ranges CIDR |
| 2 | | IP Ranges |
| 3 | | Domains |
| 4 | | URLs |
| 5 | | IP CIDR Requests |
| 6 | | Domain Requests |
| 7 | | HTML Dumps |
| 8 | | Slides |
| 9 | | Hard Drive with WhiteOps Logs |
| 101 | | Server (Physical Exhibit) |
| 102 | | Server (Physical Exhibit) |
| 103 | | Server (Physical Exhibit) |
| 104 | | Server (Physical Exhibit) |
| 105 | | Box (Physical Exhibit) |
| 117 | | Apple Drive (Physical Exhibit) |
| 118 | | Dropbox Drive (Physical Exhibit) |
| 101P | | Photograph of GX 101 |
| 102P | | Photograph of GX 102 |
| 103P | | Photograph of GX 103 |
| 104P | | Photograph of GX 104 |
| 105P | | Photograph of GX 105 |
| 112P | | Photograph of GX 112 |
| 200 | | Datacenter Locations |
| 201 | | Account Information |
| 202 | | Account Information |
| 203 | | ID |
| 204 | | Bank Card |
| 205 | | Wires |
| 206 | | Invoices |
| 207 | | Invoices |
| 208 | | Services Agreement |
| 209 | | Letter of Authorization |
| 210 | | Letter of Authorization |
| 211 | | Letter of Authorization |
| 212 | | Ticket |
| 213 | | Ticket |
| 213T | | Ticket (English) |
| 214 | | Ticket |
| 215 | | Photograph |

| Exhibit # | Admitted | Description |
|---|---|---|
| 216 | | Photograph |
| 217 | | Photograph |
| 218 | | Photograph |
| 219 | | Photograph |
| 220 | | Graph |
| 221 | | Graph |
| 222 | | Graph |
| 223 | | Graph |
| 224 | | Account Information |
| 225 | | Account Information |
| 226 | | Account Information |
| 227 | | Account Information |
| 228 | | Account Information |
| 229 | | Account Information |
| 230 | | Payments |
| 231 | | Letter of Authorization |
| 232 | | Email Sept. 21, 2015 (Russian) |
| 232T | | Email Sept. 21, 2015 (English) |
| 233 | | Email Sept. 25, 2015 (Russian) |
| 233T | | Email Sept. 25, 2015 (English) |
| 234 | | Email Nov. 13, 2015 (Russian) |
| 234T | | Email Nov. 13, 2015 (English) |
| 235 | | Email Nov. 13, 2015 (Russian) |
| 235T | | Email Nov. 13, 2015 (English) |
| 236 | | Email Nov. 11, 2015 (Russian) |
| 236T | | Email Nov. 11, 2015 (English) |
| 237 | | Email Nov. 13, 2015 (Russian) |
| 237T | | Email Nov. 13, 2015 (English) |
| 238 | | Email Dec. 4, 2015 (Russian) |
| 238T | | Email Dec. 4, 2015 (English) |
| 239 | | Email Dec. 5, 2015 (Russian) |
| 239T | | Email Dec. 5, 2015 (English) |
| 240 | | Network Map |
| 241 | | Account Statement |
| 242 | | Account Statement |
| 243 | | Website |
| 244 | | Website |
| 245 | | WHOIS |
| 246 | | WHOIS |
| 301 | | PNB Mintek |

| Exhibit # | Admitted | Description |
|---|---|---|
| 301A | | PNB Mintek Schedule |
| 301T | | PNB Mintek Translations |
| 302 | | Ceska Must Trade |
| 302A | | Ceska Must Trade Schedule |
| 302T | | Ceska Must Trade Translation |
| 302T1 | | Ceska Must Trade – Wire Translation |
| 303 | | PNB Integra Games |
| 303A | | PNB Integra Games Schedule |
| 303T | | PNB Integra Games Translation |
| 304 | | Unicredit Zhukov |
| 304A | | Unicredit Zhukov Schedule |
| 304T | | Unicredit Zhukov Translations |
| 305 | | DSK Mediamethane |
| 305A | | DSK Mediamethane Schedule |
| 305T | | DSK Mediamethane Translations |
| 306 | | DSK Zhukov |
| 306A | | DSK Zhukov Schedule |
| 306T | | DSK Zhukov Translations |
| 307 | | Verta Citi |
| 307A | | Verta Citi Schedule |
| 308 | | Plexious Wells Fargo |
| 308A | | Plexious Wells Fargo Schedule |
| 309 | | Ahmad Al Shaman HS BMO Harris |
| 309A | | Ahmad Al Shaman HS BMO Harris Schedule |
| 310 | | Ahmad Al Shaman HS Bank of America |
| 310A | | Ahmad Al Shaman HS Bank of America Schedule |
| 311 | | Interactive Brokers |
| 312 | | Ahmad Al Shaman PNC |
| 312A | | Ahmad Al Shaman PNC Schedule |
| 313 | | 2015.07.10 IPv4 Leasing.net Agreement |
| 314 | | 2015.09.23 Hoststore.com Invoice |
| 315 | | 2015.10.27 Hoststore.com Invoice |
| 316 | | 2015.11.19 Mintek Group Invoice |
| 317 | | 2015.12.14 Servers.com Invoice |
| 318 | | 2016.02.01 Hoststore.com Invoice |
| 319 | | 2016.03.03 Hoststore.com Invoice |
| 320 | | 2016.03.04 Hoststore.com Invoice |
| 321 | | 2016.07.05 Hoststore.com Invoice |
| 322 | | 2016.12.01 IPv4 Invoice |
| 323 | | 2016.12.08 Hoststore.com Invoice |

| Exhibit # | Admitted | Description |
|---|---|---|
| 324 | | 2015.11.05 Hoststore Contract |
| 325 | | 2016.09.27 Hoststore Contract |
| 326 | | 2016.03.03 Hoststore.com Invoice |
| 327 | | 2016.11.02 Hoststore.com Invoice |
| 328 | | 2016.01.18 Declaration |
| 329 | | Chat |
| 330 | | Register |
| 331 | | Screenshot |
| 332 | | 2015.09.27 Hoststore.com Contract |
| 333 | | 2015.11.15 Hoststore Email |
| 335 | | Mintek Certificate of Incorporation |
| 336 | | Email |
| 339 | | Publisher Placement IO |
| 340 | | ZetaNet Invoice |
| 341 | | Email |
| 342 | | Email |
| 343 | | 2016.06.09 IPv4 Leasing Invoice |
| 344 | | 2015.08.12 Mintek Group Ltd Advertising Agreement |
| 345 | | ExpoBank - Ksandria Group Records |
| 345A | | ExpoBank – Ksandria Group Records |
| 345T | | ExpoBank - Ksandria Group Records – Translation |
| 346 | | ExpoBank - Ksandria Group Certificate of Records |
| 346T | | ExpoBank - Ksandria Group Certificate of Records - Translation |
| 347 | | Integra Games (Hellenic Bank - Cyprus) Records |
| 349 | | Unicredit Mediamethane Account |
| 349T | | Unicredit Mediamethane Account – Translated |
| 401 | | GoDaddy – Shopper |
| 402 | | GoDaddy – Domains |
| 403 | | GoDaddy – CentByCent |
| 404 | | GoDaddy – Mediamethane |
| 405 | | GoDaddy – Tipsters |
| 406 | | Domains By Proxy – Shopper |
| 407 | | Domains By Proxy – Domains |
| 408 | | Domains By Proxy – CentByCent |
| 409 | | Domains By Proxy – Mediamethane |
| 410 | | Digital Ocean – Subscriber Information |
| 411 | | Digital Ocean – All Droplets |
| 411A | | Digital Ocean – Excerpt of All Droplets |
| 412 | | Digital Ocean – Payment Profile |
| 413 | | Digital Ocean – Billing History |

| Exhibit # | Admitted | Description |
|---|---|---|
| 420 | | Domains By Proxy – Other Domains |
| 421 | | Domains By Proxy – Notes |
| 422 | | GoDaddy – VBBB |
| 423 | | GoDaddy – Other Domains |
| 424 | | GoDaddy – Mediamethane |
| 425 | | GoDaddy – Mediamethane |
| 426 | | GoDaddy – Receipts |
| 427 | | GoDaddy – Notes |
| 428 | | GoDaddy – Audit Logs |
| 429 | | GoDaddy – Iris Notes |
| 430 | | GoDaddy – Contact Audit |
| 431 | | GoDaddy – More Notes |
| 432 | | GoDaddy – Webpage |
| 433 | | GoDaddy – Domain Search |
| 434 | | GoDaddy – Signup Process |
| 435 | | GoDaddy – WHOIS Search |
| 436 | | WHOIS Example |
| 437 | | WHOIS Example |
| 438 | | WHOIS Example |
| 440 | | Linode Records |
| 441 | | Linode Records |
| 501 | | IP Subnetting |
| 502 | | WHOIS Example – Domain Tools |
| 503 | | Registries Map |
| 504 | | Domain Tools Subpoena Response |
| 508 | | WHOIS Example – Verizon |
| 509 | | WHOIS Example – Verizon |
| 510 | | WHOIS Example – Comcast |
| 511 | | WHOIS Example – Time-Warner |
| 512 | | WHOIS Example – ATT |
| 513 | | Domain Record |
| 514 | | WHOIS Record |
| 515 | | WHOIS Record |
| 516 | | WHOIS Record |
| 517 | | WHOIS Record |
| 518 | | Domain Record |
| 519 | | WHOIS Record |
| 520 | | WHOIS Record |
| 522 | | WHOIS Example – Charter |
| 523 | | WHOIS Example – Charter/TWC |

| Exhibit # | Admitted | Description |
|:---:|:---:|:---|
| 524 | | Domain Tools Subpoena Response – PDF |
| 525 | | Domain Tools Subpoena Response – Excel |
| 525A | | Excerpt – AFRINIC |
| 525B | | Excerpt – Home Internet |
| 525C | | Excerpt – Dallas Online |
| 525D | | Excerpt – Verison |
| 525E | | Excerpt – AmOL |
| 525F | | Excerpt – Chicago Air |
| 525G | | Excerpt – Home Chicago |
| 525H | | Excerpt – CH Wireless |
| 525I | | Excerpt – ATOL |
| 525J | | Excerpt – Speed Home |
| 525K | | Excerpt – US Online |
| 526 | | Domain Lookup |
| 602 | | Jabber Chat - Original |
| 602T | | Jabber Chat - Translation |
| 602TE | | Jabber Chat - Excerpt |
| 603 | | Email |
| 603T | | 2014.09.08 Chat - Translation |
| 603TE | | 2014.09.08 Chat - Translation Excerpt |
| 604 | | 2014.10.28 Email |
| 604T | | 2014.10.28 Email - Translation |
| 607 | | 2015.06.25 Email |
| 607T | | 2015.06.25 Email - Translation |
| 608 | | 2014.11.25 Chat |
| 608T | | 2014.11.25 Chat - Translation |
| 608TE | | 2014.11.25 Chat – Translation Excerpt |
| 609 | | 2015.01.08 iCloud Note |
| 609E | | 2015.01.08 iCloud Note |
| 609T | | 2015.01.08 iCloud Note - Translation |
| 610 | | 2015.08.04 iCloud Note |
| 610E | | 2015.08.04 iCloud Note |
| 610T | | 2015.08.04 iCloud Note - Translation |
| 611 | | 2015.09.24 Chat |
| 611E | | 2015.09.24 Chat - Excerpt |
| 612 | | 2016.01.20 Chat |
| 612E | | 2016.01.20 Chat - Excerpt |
| 613 | | 2015.09.23 Chat |
| 613E | | 2015.09.23 Chat – Excerpt |
| 614 | | 2015.10.14 Chat |

| Exhibit # | Admitted | Description |
|---|---|---|
| 614E | | 2015.10.14 Chat – Excerpt |
| 615 | | 2016.05.13 Email |
| 615T | | 2016.05.13 Email – Translation |
| 616 | | iCloud  Note |
| 616E | | iCloud Note - Annotated |
| 616T | | iCloud Note - Translation |
| 618 | | 2014.11.04 Chat |
| 618T | | 2014.11.04 Chat - Translation |
| 618TE | | 2014.11.04 Chat - Translation Excerpt |
| 619 | | 2014.11.11 Chat |
| 619T | | 2014.11.11 Chat - Translation |
| 619TE | | 2014.11.11 Chat - Translation Excerpt |
| 620 | | 2015.01.19 Chat - Matomy |
| 620E | | 2015.01.19 Chat - Matomy - Excerpt |
| 621 | | 2015.01.23 Chat |
| 621T | | 2015.01.23 Chat - Translation |
| 621TE | | 2015.01.23 Chat – Translation Excerpt |
| 622 | | 2015.02.23 Chat |
| 622E | | 2015.02.23 Chat – Excerpt |
| 623 | | 2015.06.26 Chat |
| 623E | | 2015.06.26 Chat - Excerpt |
| 624 | | 2014.11.20 Chat |
| 624E1 | | 2014.11.20 Chat - Excerpt |
| 624E2 | | 2014.11.20 Chat - Excerpt |
| 625 | | 2015.07.04 Chat |
| 625T | | 2015.07.04 Chat - Translation |
| 625TE | | 2015.07.04 Chat – Translation Excerpt |
| 626 | | 2016.08.23 Chat |
| 626E | | 2016.08.23 Chat – Excerpt |
| 627 | | 2014.11.26 Chat |
| 627T | | 2014.11.26 Chat - Translation |
| 627TE | | 2014.11.26 Chat – Translation Excerpt |
| 629 | | 2016.10.17 Chat |
| 629E | | 2016.10.17 Chat – Excerpt |
| 630 | | 2014.12.31 Chat |
| 630E | | 2014.12.31 Chat - Excerpt |
| 632 | | LinkedIn – Murillo |
| 633 | | LinkedIn – Murillo Email Addresses |
| 634 | | 2016.10.17 Email |
| 634T | | 2016.10.17 Email - Translation |

| Exhibit # | Admitted | Description |
|:---:|:---:|:---|
| 635 | | 2016.10.13 Email |
| 635T | | 2016.10.13 Email - Translation |
| 636 | | 2016.10.16 Email |
| 636T | | 2016.10.16 Email - Translation |
| 637 | | 2015.09.21 Chat |
| 637T | | 2015.09.21 Chat - Translation |
| 637TE | | 2015.09.21 Chat – Translation Excerpt |
| 638 | | Plexious Mintek Agreement |
| 640 | | 2016.02.03 Email |
| 640T | | 2016.02.03 Email - Translation |
| 641 | | 2012.10.31 Chat |
| 641T | | 2012.10.31 Chat - Translation |
| 641TE | | 2012.10.31 Chat – Translation Excerpt |
| 645 | | 1B55 Contacts |
| 647 | | 1B55 User Accounts |
| 650 | | 2015.06.19 Chat |
| 650T | | 2015.06.19 Chat - Translation |
| 651 | | 2014.10.02 Chat |
| 651T | | 2014.10.02 Chat - Translation |
| 651TE | | 2014.10.02 Chat - Translation Excerpt |
| 651E | | 2014.10.02 Chat - Excerpt |
| 652 | | 2015.11.05 Email |
| 652T | | 2015.11.05 Email – Translation |
| 652TA | | 2015.11.05 Email - Translation Attachment |
| 653 | | 2015.05.20 Chat |
| 653T | | 2015.05.20 Chat – Translation |
| 653TE | | 2015.05.20 Chat – Translation Excerpt |
| 655 | | Image File 2805 |
| 656 | | Image File 8407 |
| 657 | | 2016.10.14 Email |
| 658 | | 2016.10.15 Email |
| 658T | | 2016.10.15 Email - Translation |
| 659 | | 2016.10.16 Chat |
| 659E | | 2016.10.16 Chat - Excerpt |
| 660 | | Flight Information |
| 660T | | Flight Information - Translation |
| 661 | | 2016.08.15 Invoice |
| 662 | | 2016.10.19 Screenshot |
| 662T | | 2016.10.19 Screenshot - Translation |
| 663 | | Image File 9530 |

| Exhibit # | Admitted | Description |
|---|---|---|
| 663E | | Image File 9530 |
| 664 | | Image File 9531 |
| 664E | | Image File 9531 |
| 665 | | 2016.05.02 Chat |
| 665T | | 2016.05.02 Chat - Translation |
| 665TE | | 2016.05.02 Chat – Translation Excerpt |
| 667 | | 2014.09.23 Email |
| 667T | | 2014.09.23 Email - Translation |
| 668 | | Image File 9536 |
| 670 | | 2014.11.20 Email |
| 670T | | 2014.11.20 Email - Translation |
| 671 | | 2014.11.21 Email |
| 671T | | 2014.11.21 Email - Translation |
| 672 | | 2015.02.16 Email |
| 672T | | 2015.02.16 Email - Translation |
| 673 | | 2014.10.30 Chat |
| 673T | | 2014.10.30 Chat – Translation |
| 673TE | | 2014.10.30 Chat – Translation Excerpt |
| 674 | | Contact - 1B36 |
| 674T | | Contact - 1B36 - Translation |
| 676 | | iCloud Note |
| 676E | | iCloud Note – Excerpt |
| 676T | | iCloud Note – Translation |
| 677 | | Extraction Report |
| 678 | | 2015.08.29 Chat |
| 678T | | 2015.08.29 Chat - Translation |
| 679 | | 1B50 User Accounts |
| 680 | | 1B55 User Accounts |
| 682 | | 1B55 Web Bookmarks |
| 683 | | 1B55 Chats |
| 684 | | 2014.06.17 Chat w |
| 684E | | 2014.06.17 Chat |
| 685 | | 2014.12.11 Chat |
| 685E | | 2014.12.11 Chat |
| 686 | | 2016.06.30 Email |
| 687 | | 2016.07.18.2 Email |
| 688 | | 2016.07.18 Email |
| 689 | | 2016.07.19 Email |
| 690 | | 2016.09.20 Email |
| 691 | | 2016.11.04 Email |

| Exhibit # | Admitted | Description |
|---|---|---|
| 692 | | 2016.11.10 Email |
| 693 | | 2014.07.02 Chat |
| 693T | | 2014.07.02 Chat - Translation |
| 693TE | | 2014.07.02 Chat – Translation Excerpt |
| 697 | | 2014.08.11 Chat |
| 697T | | 2014.08.11 Chat – Translation |
| 697TE | | 2014.08.11 Chat – Translation Excerpt |
| 699 | | Extraction Report |
| 699T | | Extraction Report – Translated |
| 700 | | Slides |
| 701 | | Git Log |
| 701T | | Git Log - Translation |
| 702 | | Video |
| 703 | | Video |
| 704 | | Video |
| 705 | | Video |
| 706 | | Video |
| 707 | | Video |
| 708 | | Video |
| 709 | | Webpages |
| 709A | | Source Code |
| 710 | | "fake" |
| 711 | | "random" |
| 712 | | "meth" |
| 713 | | Server Extraction |
| 714 | | Server Extraction |
| 715 | | Server Extraction |
| 716 | | Server Extraction |
| 717 | | Server Extraction |
| 718 | | Server Extraction |
| 719 | | Server Extraction |
| 720 | | Server Extraction |
| 721 | | Server Extraction |
| 722 | | Server Extraction |
| 723 | | Server Extraction |
| 724 | | Server Extraction |
| 725 | | Server Extraction |
| 726 | | Server Extraction |
| 727 | | Server Extraction |
| 728 | | Spreadsheet |

| Exhibit # | Admitted | Description |
|---|---|---|
| 729 | | Domains List |
| 730 | | Spreadsheet |
| 731 | | Screenshot |
| 801 | | Chart |
| 802A | | Subscriber Information |
| 803A | | Billing Information |
| 803B | | Subscriber Information |
| 804A | | Subscriber Information |
| 805A | | Subscriber Information |
| 807A | | Subscriber Information |
| 808A | | Subscriber Information |
| 809A | | Subscriber Information |
| 809B | | Subscriber Information |
| 809C | | Subscriber Information |
| 809D | | Subscriber Information |
| 809E | | Subscriber Information |
| 809F | | Microsoft Account Records |
| 809G | | Microsoft Account Records |
| 810A | | LinkedIn Profile |
| 810B | | LinkedIn Profile |
| 810C | | LinkedIn Profile |
| 810D | | LinkedIn Profile |
| 810E | | LinkedIn Profile |
| 810F | | LinkedIn Profile |
| 810G | | LinkedIn Profile |
| 811A | | Subscriber Information |
| 812A | | Account Information |
| 812B | | Subscriber Information |
| 812C | | Change Information |
| 813A | | Subscriber Information |
| 814A | | Subscriber Information |
| 815A | | Subscriber Information |
| 901 | | Apple Computer Set-up on Desk (Close-Up) |
| 903 | | Small Box of Devices |
| 904 | | Building Exterior |
| 905 | | Water View 1 |
| 906 | | Water View 2 |
| 907 | | Water View 3 |
| 908 | | Water View 4 |
| 909 | | Building Interior 1 |

| Exhibit # | Admitted | Description |
|---|---|---|
| 910 | | Building Interior 2 |
| 911 | | Building Interior 3 |
| 912 | | Identifications 1 |
| 913 | | Identifications 2 - Driver's License |
| 914 | | Identifications 3 - Passport & Credit Cards |
| 915 | | Identifications 4 - Passport |
| 916 | | Identifications 5 - Resident Card |
| 917 | | Mintek Group Ltd. Certificate of Incorporation |
| 918 | | Board Pass (November 4) |
| 919 | | Hand Written Notes - Translation |
| 920 | | Insurance Card |
| 922 | | Insurance Document |
| 922T | | Insurance Document - Translation |
| 923 | | DSK Bank - Bank Deposit Note |
| 923T | | DSK Bank - Bank Deposit Document - Translation |
| 924 | | DSK Mediamethane Account Opening Documents |
| 924T | | DSK Mediamethane Account Opening Documents - Translation |
| 925 | | Unicredit Payment Orders |
| 925T | | Unicredit Payment Orders - Translation |
| 927 | | Unicredit Account Records from Apartment |
| 927T | | Unicredit Account Records from Apartment – Translation |
| 1000 | | Geolocation Information |
| 1001 | | Account Information |
| 1002 | | 2015.12.15 Email |
| 1003 | | 2015.12.16 Email |
| 1003T | | 2015.12.16 Email – Translation |
| 1004 | | 2015.12.16 Email |
| 1005 | | 2016.04.25 Email |
| 1006 | | 2016.04.25 Email |
| 1007 | | 2016.04.25 Email |
| 1008A | | Spreadsheet |
| 1009A | | Spreadsheet |
| 1010A | | Spreadsheet |
| 1011 | | Map |
| 1012 | | Map |
| 1013 | | Website |
| 1014 | | Website |
| 1015 | | Website |
| 1016 | | URL |
| 1100 | | Internet Archive |

| Exhibit # | Admitted | Description |
|---|---|---|
| 1101 | | Internet Archive (MM) |
| 1102 | | Internet Archive (CBC) |
| 1103 | | Internet Archive (M) |
| 1104 | | Internet Archive (Ad) |
| 1104A | | Internet Archive – Related |
| 1104B | | Internet Archive – Excerpt |
| 1104BT | | Internet Archive – Excerpt Translated |
| 1105 | | Internet Archive (FB) |
| 1201 | | Device Log |
| 1202 | | Device Log 2 |
| 1203 | | Acquisition Log |
| 1204 | | Acquisition Log 2 |
| 1301 | | 2019.07.02 Email |
| 1302 | | 2019.07.02 Email |
| 1303 | | Adkarma Advertising Agreement |
| 1304 | | Ad Karma Excel Spreadsheet |
| 1305 | | Payable Transaction Inquiry |
| 1306 | | City National Bank Statement |
| 1401 | | 2019.12.17 Subpoena Response |
| 1402 | | 2020.02.05 Subpoena Response |
| 1501 | | Laura Rodriguez Resume |
| 1502 | | Laura Rodriguez PowerPoint Presentation |
| 1503 | | Spreadsheet from Google Showing Loss Amounts |
| 1504 | | Plexious-AZ email |
| 1504T | | Plexious-AZ email (translated) |
| 1505 | | AZ-BT email (reports) |
| 1505A1 | | Attached reports |
| 1505A2 | | Attached reports |
| 1506 | | AZ-BT forwarded email from Plexious |
| 1506A1 | | Attached reports |
| 1506A2 | | Attached reports |
| 1506T | | AZ-BT forwarded email from Plexious - Translated |
| 1507 | | AZ-BT forwarded email from Plexious |
| 1507T | | AZ-BT forwarded email from Plexious - Translated |
| 1508 | | AZ-BT forwarded email from Plexious – Translated |
| 1508A | | Attached report |
| 1508T | | AZ-BT forwarded email from Plexious – Translated |
| 1509 | | AZ-BT forwarded email from Plexious |
| 1509T | | AZ-BT forwarded email from Plexious - Translated |
| 1510 | | AZ-BT forwarded email from Plexious |

| Exhibit # | Admitted | Description |
|---|---|---|
| 1510A | | Attached report |
| 1510T | | AZ-BT forwarded email from Plexious - Translated |
| 1511 | | AZ-BT forwarded email from Plexious |
| 1511T | | AZ-BT forwarded email from Plexious - Translated |
| 1512 | | AZ-BT forwarded email from Plexious |
| 1512A | | Attached report |
| 1512T | | AZ-BT forwarded email from Plexious - Translated |
| 1513 | | AZ-BT forwarded email from Plexious |
| 1513A | | Attached report |
| 1513T | | AZ-BT forwarded email from Plexious - Translated |
| 1514 | | AZ-BT forwarded email from Plexious |
| 1514A | | Attached report |
| 1514T | | AZ-BT forwarded email from Plexious - Translated |
| 1515 | | AZ-BT forwarded email from Plexious |
| 1515T | | AZ-BT forwarded email from Plexious - Translated |
| 1516 | | AZ-BT forwarded email from Plexious |
| 1516A | | Attached report |
| 1516T | | AZ-BT forwarded email from Plexious - Translated |
| 1517 | | AZ-BT forwarded email from Plexious |
| 1517A1 | | Attached report |
| 1517A2 | | Attached report |
| 1517T | | AZ-BT forwarded email from Plexious - Translated |
| 1518 | | AZ-BT forwarded email from Plexious |
| 1518A | | Attached report |
| 1518T | | AZ-BT forwarded email from Plexious - Translated |
| 1519 | | Article |
| 1520 | | AZ-BT forwarded email from Plexious |
| 1520A | | Attached report |
| 1520T | | AZ-BT forwarded email from Plexious - Translated |
| 1521 | | AZ-BT forwarded email from Plexious |
| 1521T | | AZ-BT forwarded email from Plexious - Translated |
| 1522 | | AZ-BT forwarded email from Plexious |
| 1522A | | Attached report |
| 1522T | | AZ-BT forwarded email from Plexious - Translated |
| 1523 | | AZ-BT forwarded email from Plexious |
| 1523A | | Attached report |
| 1523T | | AZ-BT forwarded email from Plexious |
| 1524 | | AZ-BT forwarded email from Plexious |
| 1524A | | Attached report |
| 1524T | | AZ-BT forwarded email from Plexious - Translated |

| Exhibit # | Admitted | Description |
|---|---|---|
| 1525 | | AZ-BT forwarded email from Plexious |
| 1525A | | Attached report |
| 1525T | | AZ-BT forwarded email from Plexious - Translated |
| 1526 | | AZ-BT forwarded email from Plexious |
| 1526A | | Attached report |
| 1527 | | AZ-BT forwarded email from Plexious |
| 1527A | | Attached report |
| 1527T | | AZ-BT forwarded email from Plexious |
| 1528 | | AZ-BT forwarded email from Plexious |
| 1528A1 | | Attached report |
| 1528A2 | | Attached report |
| 1528T | | AZ-BT forwarded email from Plexious - Translated |
| 1529 | | Email from Plexious |
| 1530 | | AZ-BT forwarded email from Plexious |
| 1530A | | Attached report |
| 1530T | | AZ-BT forwarded email from Plexious - Translated |
| 1531 | | AZ-BT forwarded email from Plexious |
| 1531A | | Attached report |
| 1531T | | AZ-BT forwarded email from Plexious - Translated |
| 1532 | | AZ-BT forwarded email from Plexious |
| 1532A | | Attached report |
| 1532T | | AZ-BT forwarded email from Plexious |
| 1533 | | AZ-BT forwarded email from Plexious |
| 1533A | | Attached report |
| 1533T | | AZ-BT forwarded email from Plexious - Translated |
| 1534 | | AZ-BT forwarded email from Plexious - Translated |
| 1534A | | Attached report |
| 1534T | | AZ-BT forwarded email from Plexious - Translated |
| 1535 | | AZ-BT forwarded email from Plexious |
| 1535A | | Attached report |
| 1535T | | AZ-BT forwarded email from Plexious - Translated |
| 1536 | | AZ-BT forwarded email from Plexious |
| 1536A | | Attached report |
| 1536T | | AZ-BT forwarded email from Plexious - Translated |
| 1537 | | AZ-BT forwarded email from Plexious |
| 1537A | | Attached report |
| 1537T | | AZ-BT forwarded email from Plexious - Translated |
| 1538 | | AZ-BT forwarded email from Plexious |
| 1538A | | Attached report |
| 1538T | | AZ-BT forwarded email from Plexious |

| Exhibit # | Admitted | Description |
|---|---|---|
| 1539 | | AZ-BT forwarded email from Plexious |
| 1539A | | Attached report |
| 1539T | | AZ-BT forwarded email from Plexious - Translated |
| 1540 | | AZ-BT forwarded email from Plexious |
| 1540T | | AZ-BT forwarded email from Plexious - Translated |
| 1541 | | AZ-BT forwarded email from Plexious |
| 1541T | | AZ-BT forwarded email from Plexious - Translated |
| 1542 | | AZ-BT forwarded email from Plexious |
| 1542T | | AZ-BT forwarded email from Plexious - Translated |
| 1546 | | IAS Report |
| 1547 | | Forensiq Report |
| 1548 | | Forensiq Report |
| 1549 | | Forensiq Report |
| 1549A | | Forensiq Report – excerpt |
| 1550 | | Ignition Cars screenshot |
| 1551 | | Iluvsports screenshot |
| 1552 | | Irecipiesonline screenshot |
| 1553 | | Niceonlinegames screenshot |
| 1554 | | Outsidethezonefitness screenshot |
| 1555 | | Plexious screenshot |
| 1556 | | PrimusAd screenshot |
| 1557 | | Snapgames screenshot |
| 1558 | | Sportzonedaily screenshot |
| 1559 | | Teenvideogames screenshot |
| 1560 | | Toptastyrecipies screenshot |
| 1561 | | Traveler Abroad screenshot |
| 1562 | | Travelokay screenshot |
| 1563 | | Carslogic screenshot |
| 1564 | | Healthylivingplus screenshot |
| 1565 | | Healthnewsnow screenshot |
| 1566 | | Logs |
| 1567 | | Spreadsheets |
| 1568 | | DoubleVerify Data |
| 1568A | | DoubleVerify Data – with IPs |
| 1569 | | IAS Data |
| 1570 | | Cooperation Agreement |
| 1571 | | Comcast email to AFRINIC |
| 1601 | | 2013.03.11 Chat |
| 1601T | | 2013.03.11 Chat – Translation |
| 1601TE | | 2013.03.11 Chat – Translation Excerpt |

| Exhibit # | Admitted | Description |
|---|---|---|
| 1602 | | 2013.03.13 Chat |
| 1602T | | 2013.03.13 Chat – Translation |
| 1602TE | | 2013.03.13 Chat – Translation Excerpt |
| 1603 | | 2013.05.14 Chat |
| 1603T | | 2013.05.14 Chat – Translation |
| 1603TE | | 2013.05.14 Chat – Translation Excerpt |
| 1604 | | 2013.09.18 Chat |
| 1604T | | 2013.09.18 Chat – Translation |
| 1604TE | | 2013.09.18 Chat – Translation Excerpt |
| 1605 | | 2013.10.02 Chat |
| 1605T | | 2013.10.02 Chat – Translation |
| 1605TE | | 2013.10.02 Chat – Translation Excerpt |
| 1606 | | 2013.11.26 Chat |
| 1606T | | 2013.11.26 Chat – Translation |
| 1606TE | | 2013.11.26 Chat – Translation Excerpt |
| 1607 | | 2016.06.30 Chat |
| 1607E | | 2016.06.30 Chat – Excerpt |
| 1608 | | 2016.07.26 Chat |
| 1608E | | 2016.07.26 Chat |
| 1609 | | 2015.09.13 Chat |
| 1609T | | 2015.09.13 Chat - Translation |
| 1609TE | | 2015.09.13 Chat - Translation Excerpt |
| 1610 | | 2016.02.29 Chat |
| 1610T | | 2016.02.29 Chat – Translation |
| 1610TE | | 2016.02.29 Chat - Translation Excerpt |
| 1611 | | 2014.09.18 Chat |
| 1611T | | 2014.09.18 Chat - Translation |
| 1611TE | | 2014.09.18 Chat - Translation Excerpt |
| 1612 | | 2014.12.28 Email |
| 1612T | | 2014.12.28 Email - Translation |
| 1612TE | | 2014.12.28 Email - Translation Excerpt |
| 1613 | | 2015.02.06 Email |
| 1613T | | 2015.02.06 Email |
| 1614 | | 2014.10.02 Chat |
| 1614T | | 2014.10.02 Chat - Translation |
| 1614TE | | 2014.10.02 Chat - Translation Excerpt |
| 1616 | | 2012.10.31 Chat |
| 1616T | | 2012.10.31 Chat – Translation |
| 1616TE | | 2012.10.31 Chat – Translation Excerpt |
| 1617 | | Agreement |

| Exhibit # | Admitted | Description |
|---|---|---|
| 1618 | | Agreement |
| 1619 | | Image File 9235 |
| 1619E | | Screenshot Chat |
| 1619T | | Screenshot Chat – Translation |
| 1620 | | Raw File |
| 1621 | | Image |
| 1622 | | Screenshot |
| 1624 | | 2014.09.28 Chat |
| 1624T | | 2014.09.28 Chat – Translation |
| 1624TE | | 2014.09.28 Chat – Excerpt |
| 1625 | | 2015.03.17 Chat |
| 1625E | | 2015.03.17 Chat - Excerpt |
| 1626 | | 2015.09.24 Chat |
| 1626E | | 2015.09.24 Chat - Excerpt |
| 1627 | | 2014.12.26 Email |
| 1627T | | 2014.12.26 Email - Translation |
| 1628 | | 2014.11.21 Email |
| 1628T | | 2014.11.21 Email - Translation |
| 1629 | | Buddy List |
| 1630 | | 2014.10.22 Email |
| 1630T | | 2014.10.22 Email – Translation |
| 1631 | | 2014.11.21 Email |
| 1631T | | 2014.11.21 Email - Translation |
| 1632 | | 2014.10.20 Email |
| 1632T | | 2014.10.20 Email – Translation |
| 1633 | | 2014.11.13 Email |
| 1633T | | 2014.11.13 Email – Translation |
| 1634 | | Image_7149.PNG |
| 1634T | | Image_7149.PNG – Translation |
| 1635 | | 2014.02.16 Chat |
| 1635T | | 2014.02.16 Chat - Translation |
| 1635TE | | 2014.02.16 Chat – Translation Excerpt |
| 1636 | | 2016.06.28 Email |
| 1637 | | 2016.07.18 Email |
| 1638 | | 2016.07.18 Email |
| 1639 | | 2016.17.19 Email |
| 1640 | | 2016.07.19 Email |
| 1641 | | 2016.07.28 Email |
| 1642 | | 2016.08.25 Email |
| 1643 | | Chats |

| Exhibit # | Admitted | Description |
|---|---|---|
| 1643T | | Computer |
| 1644 | | Chats |
| 1644T | | Chats |
| 1645 | | Chats |
| 1645T | | Chats |
| 1646 | | 2014.10.28 Email |
| 1646T | | 2014.10.28 Email - Translation |
| 1647 | | 2015.09.21 Email |
| 1648 | | 2016.04.24 Email |
| 1648T | | 2016.04.24 Email - Translation |
| 1649 | | 2014.10.25 Email |
| 1649T | | 2014.10.25 Email |
| 1650 | | Image File |
| 1650T | | Image File - Translation |
| 1651 | | Agreement |
| 1652 | | Chats |
| 1652T | | Chats - Translation |
| 1652TE1 | | Chats - Translation Excerpt |
| 1652TE2 | | Chats - Translation Excerpt |
| 1652TE3 | | Chats - Translation Excerpt |
| 1653 | | Chat |
| 1653E | | Chat - Excerpt |
| 1654 | | 2014.10.28 Email |
| 1654T | | 2014.10.28 Email – Translation |
| 1655 | | IMG_5986 |
| 1655T | | Text |
| 1656 | | 2016.08.23 Email |
| 1656T | | 2016.08.23 Email – Translation |
| 1657 | | 2014.12.18 Email |
| 1657T | | 2014.12.18 Email – Translation |
| 1658 | | 2016.11.26 Email |
| 1658T | | 2016.11.26 Email – Translation |
| 1659 | | 2016.10.12 Email |
| 1659T | | 2016.10.12 Email – Translation |
| 1660 | | IMG_5437 |
| 1660T | | IMG 5437 – Translation |
| 1660E | | IMG_5437 |
| 1661 | | 2014.10.25 Email |
| 1661T | | 2014.10.25 Email – Translation |
| 1662 | | 2014.10.25 Email |

| Exhibit # | Admitted | Description |
|---|---|---|
| 1662T | | 2014.10.25 Email – Translation |
| 1663 | | 2014.12.01 Email |
| 1663T | | 2014.12.01 Email – Translation |
| 1664 | | 2016.10.15 Email |
| 1664T | | 2016.10.15 Email – Translation |
| 1665 | | 2014.02.14 Chat |
| 1665E | | 2014.02.14 Chat – Excerpt |
| 1666 | | 2015.07.29 Chat |
| 1666T | | 2015.07.29 Chat – Translation |
| 1666TE | | 2015.07.29 Chat – Translation Excerpt |
| 1667 | | 2013.02.21 Chat |
| 1667T | | 2013.02.21 Chat – Translation |
| 1667TE | | 2013.02.21 Chat – Translation Excerpt |
| 1668 | | 2013.02.20 Chat |
| 1668T | | 2013.02.20 Chat – Translation |
| 1668TE | | 2013.02.20 Chat – Translation Excerpt |
| 1669 | | 2013.06.20 Chat |
| 1669T | | 2013.06.20 Chat – Translation |
| 1669TE | | 2013.06.20 Chat – Translation Excerpt |
| 1670 | | 2014.10.30 Chat |
| 1670T | | 2014.10.30 Chat – Translation |
| 1671 | | 2014.11.07 Chat |
| 1671T | | 2014.11.07 Chat – Translation |
| 1672 | | 2014.09.19 Chat |
| 1672T | | 2014.09.19 Chat – Translation |
| 1673 | | 2014.09.08 Chat |
| 1673T | | 2014.09.08 Chat – Translation |
| 1674 | | 2016.10.16 Email |
| 1674T | | 2016.10.16 Email - Translation |
| 1675 | | 2014.12.24 Chat |
| 1675T | | 2014.12.24 Chat – Translation |
| 1676 | | 2014.01.23 Chat |
| 1676T | | 2014.01.23 Chat – Translation |
| 1677 | | 2014.07.10 Chat |
| 1677T | | 2014.07.10 Chat – Translation |
| 1677TE | | 2014.07.10 Chat – Translation Excerpt |
| 1678 | | 2014.10.29 Chat |
| 1678T | | 2014.10.29 Chat – Translation |
| 1678TE | | 2014.10.29 Chat – Translation Excerpt |
| 1679 | | 2016.01.18 Chat |

| Exhibit # | Admitted | Description |
|-----------|----------|-------------|
| 1679T | | 2016.01.18 Chat – Translation |
| 1680 | | 2014.12.26 Chat |
| 1680T | | 2014.12.26 Chat – Translation |
| 1680TE | | 2014.12.26 Chat – Translation Excerpt |
| 1681 | | 2014.08.07 Chat |
| 1681T | | 2014.08.07 Chat – Translation |
| 1681TE | | 2014.08.07 Chat – Translation Excerpt |
| 1682 | | 2014.10.13 Chat |
| 1682T | | 2014.10.13 Chat – Translation |
| 1682TE | | 2014.10.13 Chat – Translation Excerpt |
| 1683 | | 2016.02.05 Chat |
| 1683T | | 2016.02.05 Chat – Translation |
| 1683TE | | 2016.02.05 Chat  – Translation Excerpt |
| 1684 | | 2016.10.21 Email |
| 1684T | | 2016.10.21 Email – Translation |
| 1685 | | 2014.10.08 Chat |
| 1685T | | 2014.10.08 Chat – Translation |
| 1685TE | | 2014.10.08 Chat – Translation Excerpt |
| 1686 | | 2014.04.02 Chat |
| 1686T | | 2014.04.02 Chat – Translation |
| 1686TE | | 2014.04.02 Chat – Translation Excerpt |
| 1687 | | 2016.12.20 Email |
| 1700 | | Google Drive (Physical Exhibit) |
| 1701 | | Google Search Browsing History |
| 1702 | | Google Search Browsing History |
| 1703 | | Google Search Browsing History |
| 1704 | | Google Search Browsing History |
| 1705 | | Google Search Browsing History |
| 1706 | | Google Search Browsing History |
| 1707 | | Google Search Browsing History |
| 1708 | | Google Search Browsing History |
| 1709 | | Google Search Browsing History |
| 1709T | | Google Search Browsing History – Translation |
| 1710 | | Google Search Browsing History |
| 1711 | | Google Search Browsing History |
| 1712 | | Google Search Browsing History |
| 1713 | | Google Search Browsing History |
| 1750 | | CBC Emails |
| 1751 | | CBC Emails IPs |
| 1752 | | CBC Email 2016.04.21 |

| Exhibit # | Admitted | Description |
|-----------|----------|-------------|
| 1753 | | CBC Email 2015.09.15 |
| 1801 | | AFRINIC records |
| 1802 | | AFRINIC WHOIS update logs (10/14/2015) |
| 1803 | | AFRINIC WHOIS update logs (4/28/2016) |
| 1804 | | AFRINIC WHOIS update logs (4/28/2016) |
| 1805 | | AFRINIC WHOIS update logs (1/10/2016) |
| 1806 | | AFRINIC WHOIS update logs (1/10/2016) |
| 1807 | | AFRINIC person object |
| 1808 | | AFRINIC maintainer object |
| 1901 | | Photograph |
| 1902 | | Photograph |
| 1903 | | Photograph |
| 1904 | | Photograph |
| 1905 | | Photograph |
| 1906 | | Photograph |
| 1907 | | Photograph |
| 1908 | | Photograph |
| 1909 | | Photograph |
| 2001 | | Code Screenshot – run browser |
| 2002 | | Code Screenshot – human events |
| 2003 | | Code Screenshot – mouse wheel |
| 2004 | | Code Screenshot – scroll |
| 2005 | | Code Screenshot – imclick |
| 2006 | | Code Screenshot – button click |
| 2007 | | Code Screenshot – initmouse |
| 2008 | | Code Screenshot – flash click |
| 2009 | | Code Screenshot – set screen |
| 2010 | | Code Screenshot – set screen object |
| 2011 | | Code Screenshot – socials |
| 2012 | | Code Screenshot – facebook |
| 2013 | | Code Screenshot – socials |
| 2014 | | Code Screenshot – facebook |
| 2015 | | Code Screenshot – socials |
| 2016 | | Code Screenshot – forensiq |
| 2017 | | Code Screenshot – forensiq |
| 2018 | | Code Screenshot – forensiq |
| 2019 | | Code Screenshot – ias |
| 2020 | | Code Screenshot – ias |
| 2021 | | Code Screenshot – ias |
| 2022 | | Code Screenshot – tubemogul |

| Exhibit # | Admitted | Description |
|---|---|---|
| 2023 | | Code Screenshot – fraudlogix |
| 2024 | | Code Screenshot – moat |
| 2025 | | Code Screenshot – springserve |
| 2026 | | Code Screenshot – whiteops |
| 2027 | | Code Screenshot – whiteops |
| 2028 | | Code Screenshot – whiteops |
| 2029 | | Code Screenshot – user agent |
| 2030 | | Code Screenshot – user agent |
| 2031 | | Code Screenshot – sear |
| 2032 | | Code Screenshot – make flash |
| 2033 | | Code Screenshot – make chrome |
| 2034 | | Code Screenshot – plugins |
| 2035 | | Code Screenshot – plugins |
| 2036 | | Code Screenshot – plugins |
| 2037 | | Code Screenshot – plugins |
| 2038 | | Code Screenshot – proxy |
| 2039 | | Code Screenshot – visit proxy |
| 2040 | | Code Screenshot – proxy |
| 2041 | | Code Screenshot – geoIP |
| 2042 | | Code Screenshot – geoIP |
| 2043 | | Code Screenshot – geo |
| 2044 | | Code Screenshot – audio |
| 2045 | | Code Screenshot – start ad |
| 2046 | | Code Screenshot – impression |
| 2047 | | Code Screenshot – impression |
| 2048 | | Code Screenshot – impression |
| 2049 | | Code Screenshot – vpaid |
| 2050 | | Code Screenshot – mediafile |
| 2051 | | Code Screenshot – tracking |
| 2052 | | Code Screenshot – vast |
| 2053 | | Code Screenshot – vast |
| 2054 | | Code Screenshot – vast |
| 2055 | | Code Screenshot – proxy |
| 2056 | | Code Screenshot – vast |
| 2057 | | Code Screenshot – proxy |
| 2058 | | Code Screenshot – referrer |
| 2059 | | Code Screenshot – history |
| 2060 | | Code Screenshot – make search |
| 2061 | | Code Screenshot – cookie |
| 2062 | | Code Screenshot – cookie |

| Exhibit # | Admitted | Description |
|---|---|---|
| 2063 | | Code Screenshot – cookie |
| 2064 | | Code Screenshot – cookie |
| 2065 | | Code Screenshot – captcha |
| 2066 | | Code Screenshot – user agent |
| 2067 | | Code Screenshot – fuga |
| 2068 | | Code Screenshot – server note |
| 2069 | | Code Screenshot – cbc |
| STIP-1 | | Stipulation – Bank Records Translations |
| STIP-2 | | Stipulation – Apple Extraction |
| STIP-3 | | Stipulation – Dropbox Extraction |