**DOCKET NUMBER:** 18-cr-633

**CRIMINAL CAUSE FOR** Jury Selection

**BEFORE CHERYL L. POLLAK, U.S.M.J.**    **DATE:** 5/3/2021    **TIME IN COURT:** 8 hours

**DEFENDANT'S NAME:** Aleksandr Zhukov
<u>X</u> Present    ____ Not Present    <u>X</u> Custody    ____ Not Custody

**DEFENSE COUNSEL:** Zachary Margulis-Ohnuma, Tess Cohen, Oksana Tuncer
____ Federal Defender    <u>X</u> CJA    ____ Retained

**A.U.S.A.:** Saritha Komatireddy, Artie McConnell, Alexander Mindlin    **PRETRIAL/PROBATION:**

<u>X</u> **COURT REPORTER** Victoria Butler    ____ **ESR OPERATOR**    **LOG:**

**INTERPRETER:** Yana Agoureev, Nelly Alishaev    **LANGUAGE:** Russian

| | | |
|---|---|---|
| ____ Arraignment | ____ | Revocation of Probation – non-contested |
| ____ Change of Plea Hearing (~*Util-Plea Entered*) | ____ | Revocation of Probation – contested |
| ____ In Chambers Conference | ____ | Sentencing – non-evidentiary |
| ____ Pre-Trial Conference | ____ | Sentencing – contested |
| ____ Initial Appearance | ____ | Revocation of Supervised Rel. – evidentiary |
| ____ Status Conference | ____ | Revocation of Supervised Rel. – non-evidentiary |
| ____ Telephone Conference | <u>X</u> | Voir Dire Begun |
| <u>X</u> Jury Selection | <u>X</u> | Voir Dire Held |
| ____ Motion Hearing – evidentiary | | |
| ____ Other Hearing: | | |

<u>X</u> Case called
____ Defendant:    Sworn    Informed of Rights
____ Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
____ Waiver of Indictment Executed
____ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
____ Court Finds Factual Basis for the Plea
____ Sentencing Set for:
____ Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
____ Order of Excludable Delay Entered:    From    To
____ Order of Temporary Detention Entered

**TEXT**

Case called. AUSAs Saritha Komatireddy, Alexander Mindlin, and Artie McConnell present for the Government w/ case agent Marc Rubins; CJA Atty Zachary Margulis-Ohnuma, Tess Cohen, Oksana Tuncer for dft. Dft present with Russian interpreters Yana Agoureev, Nelly Alishaev. Interpreters sworn. Jurors sworn. Voir dire held.

**UTILITIES**

| | | | |
|---|---|---|---|
| _____ | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| _____ | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| _____ | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |