

Zachary Margulis-Ohnuma <zmo@zmolaw.com>

---

# Friday

**Zachary Margulis-Ohnuma** <zach@zmolaw.com>      Fri, May 14, 2021 at 4:21 AM
To: "Mindlin, Alexander (USANYE)" <Alexander.Mindlin@usdoj.gov>
Cc: Tess Cohen <tc@zmolaw.com>, Oksana Tuncer <ot@zmolaw.com>, Sophia Lattanzio <sl@zmolaw.com>, "Komatireddy, Saritha (USANYE)" <Saritha.Komatireddy@usdoj.gov>, "McConnell, Artie (USANYE)" <Artie.McConnell@usdoj.gov>, "Del Vecchio, Andrew (USANYE) [Contractor]" <Andrew.Del.Vecchio@usdoj.gov>

Alex can you break this down for us by witness please?

> On Wed, May 12, 2021 at 9:18 PM Mindlin, Alexander (USANYE) <Alexander.Mindlin@usdoj.gov> wrote:
>
> Zach and team:
>
> Looking ahead to Friday, we will be calling Christopher Gorsky, Boris Viknyanskiy and Joel Decapua.  Their exhibits will be the following, in addition to any T/E versions of the below:
>
> 339
>
> 609
>
> 610
>
> 616
>
> 655
>
> 656
>
> 663
>
> 664
>
> 668
>
> 676
>
> 1619
>
> 1621
>
> 1634
>
> 1650
>
> 1655
>
> 1660
>
> 1660E
>
> 1619E
>
> 609E
>
> 610E
>
> 616E
>
> 663E

664E

676E

657

662

1622

333

1659

336

341

342

636

686

687

688

689

690

691

692

1636

1637

1638

1639

1640

1647

604

607

615

634

635

652

658

670

671

672

1612

1613

1627

1628

1630

1631

1632

1633

1646

1648

1649

1654

1656

1657

1658

1661

1662

1663

1664

1674

1684

1687

1504-1542

652TA

667

313

314

315

317

318

319

320

321

322

323

324

325

326

327

328

330

332

340

343

344

638

660

661

1546

1547

1548

1549

1617

1651

602

603

619

641

651

653

673

678

693

697

1611

1614

1616

1624

1652

1666

1672

1673

1685

1686

1643

1644

1645

1670

1671

674

608

611

612

613

614

618

620

621

622

623

624

625

626

627

629

630

637

650

659

665

684

685

1601

1602

1603

1604

1605

1606

1607

1608

1609

1610

1625

1626

1635

1653

1665

1667

1668

1669

1675

1677

1678

1680

1681

1682

1683

1694

659EA

1691

1692

1693

640

1619E

1660E

609E

610E

616E

663E

664E

676E

802A

803A

803B

804A

805A

814A

816

810A-G

809A-G, 811A-B, 815A

GX 699T

GX 701T

GX 808AT

GX 919

GX 1003T

GX 1104BT

GX 1633T

GX 1656T

GX 1709T

Alexander Mindlin

Assistant United States Attorney

National Security and Cybercrime Section

United States Attorney's Office, Eastern District of New York

Desk: (718) 254-6433

Mobile: (347) 677-2387