**DOCKET NUMBER:**   <u>CR 18-0633</u>

## CRIMINAL CAUSE FOR Trial

**BEFORE JUDGE:** <u>Eric R. Komitee, USDJ</u>   **DATE:**  <u>5/24/21</u>   **TIME IN COURT** <u>8</u> Hrs <u>30</u> Mins

**DEFENDANT'S NAME:**  <u>Aleksandr Zhukov</u>   **DEFENDANT'S #:**  <u>1</u>

■   Present   ❏   Not Present   ■   Custody   ❏   Not Custody

**DEFENSE COUNSEL:** <u>Zachary Margulis-Ohnuma, Tess Cohen, Oksana Tuncer</u>

❏   Federal Defender   ■   CJA   ❏   Retained

**A.U.S.A.:** <u>Saritha Komatireddy, Artie McConnell, Alexander Mindlin, Mark Rubins (case agent)</u>

**COURT REPORTER:** <u>Linda Marino</u>

**INTERPRETER:** <u>Nelly Alishaev, Nina Adar-Tkach</u>   **LANGUAGE:**   <u>Russian</u>

| | | | |
|---|---|---|---|
| ❏ Initial Appearance | | ❏ | Revocation of Supervised Release evidentiary |
| ❏ Pretrial Conference | | ❏ | Revocation of Supervised Release non-evidentiary |
| ❏ Telephone Conference | | | |
| ❏ Voir Dire Begun | ❏ Voir Dire Held | ❏ Jury selection | ■ Jury trial |
| ❏ Jury Trial Death Penalty | ❏ Sentence enhancement Phase | ❏ Bench Trial Begun | |
| ❏ Bench Trial Held | ❏ Bench Trial Completed | ❏ Motion Hearing Non Evidentiary | |

❏   Other Evidentiary Hearing Contested   TYPE OF HEARING

**UTILITIES**

❏   ~Util-Plea Entered   ❏   ~Util-Add terminate Attorneys   ❏   ~Util-Bond Set/Reset
❏   ~Util-Terminate Parties   ❏   ~Util-Set/Reset Hearings

**TEXT**: Government's rebuttal case started. Witness sworn and testified. Exhibits marked and entered into evidence. Rebuttal case closed. Closing arguments heard. The Court reserved decision on Defendant's Rule 29 motion [326]. Trial continued to May 25, 2021, at 9:00 a.m.