**DOCKET NUMBER:**    <u>CR 18-0633</u>

**CRIMINAL CAUSE FOR Trial**

**BEFORE JUDGE:** <u>Eric R. Komitee, USDJ</u>        **DATE:**   <u>5/25/21</u>        **TIME IN COURT <u>8</u> Hrs <u>0</u> Mins**

**DEFENDANT'S NAME:**   <u>Aleksandr Zhukov</u>    **DEFENDANT'S #:**   <u>1</u>

■        Present        ❑        Not Present        ■        Custody        ❑        Not Custody

**DEFENSE COUNSEL:** <u>Zachary Margulis-Ohnuma,Tess Cohen, Oksana Tuncer</u>

❑        Federal Defender        ■        CJA        ❑        Retained

**A.U.S.A.:** <u>Saritha Komatireddy, Artie McConnell, Alexander Mindlin, Mark Rubins (case agent)</u>

**COURT REPORTER:** <u>Linda Marino</u>

**INTERPRETER:** <u>Nelly Alishaev, Nina Adar-Tkach</u> LANGUAGE:   <u>Russian</u>

❑        Initial Appearance        ❑        Revocation of Supervised Release evidentiary
❑        Pretrial Conference        ❑        Revocation of Supervised Release non-
❑        Telephone Conference        evidentiary

❑        Voir Dire Begun        ❑        Voir Dire Held        ❑        Jury selection        ■        Jury trial
❑        Jury Trial Death Penalty        ❑        Sentence enhancement Phase        ❑        Bench Trial Begun
❑        Bench Trial Held        ❑        Bench Trial Completed        ❑        Motion Hearing Non
                                                                                    Evidentiary

❑        Other Evidentiary Hearing Contested        TYPE OF HEARING

**UTILITIES**

❑        ~Util-Plea Entered        ❑        ~Util-Add terminate Attorneys        ❑        ~Util-Bond Set/Reset
❑        ~Util-Terminate Parties        ❑        ~Util-Set/Reset Hearings

**TEXT**: Discussion held. Juror #11 excused. Alternate juror #4 assumed juror #11's seat. Jury charged. Court Security Officer sworn. Deliberations begun and continued to May 26, 2021, at 9:30 a.m.