

COURT'S
EXHIBIT NO. 5
IDENTIFICATION/EVIDENCE
DKT.# 18-633
DATE: 5/26/21

| Date of Request | Request | Exhibit |
|---|---|---|
| 5/25/2021 | Media 122 Chats/Emails | N/A |
| 5/25/2021 | Bank Flow Chart for ML | 348 |
| 5/25/2021 | Ecosystem Flow Chart | 1502 |
| 5/25/2021 | WHOIS registry examples | 508 |
| 5/25/2021 | WHOIS registry examples | 509 |
| 5/25/2021 | WHOIS registry examples | 510 |
| 5/25/2021 | WHOIS registry examples | 511 |
| 5/25/2021 | WHOIS registry examples | 512 |
| 5/25/2021 | WHOIS registry examples | 525 |
| 5/25/2021 | WHOIS registry examples | 525A |
| 5/25/2021 | WHOIS registry examples | 525B |
| 5/25/2021 | WHOIS registry examples | 525C |
| 5/25/2021 | WHOIS registry examples | 525D |
| 5/25/2021 | WHOIS registry examples | 525E |
| 5/25/2021 | WHOIS registry examples | 525F |
| 5/25/2021 | WHOIS registry examples | 525G |
| 5/25/2021 | WHOIS registry examples | 525H |
| 5/25/2021 | WHOIS registry examples | 525I |
| 5/25/2021 | WHOIS registry examples | 525J |
| 5/25/2021 | WHOIS registry examples | 525K |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | A-E |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | P-1 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | P-2 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | P-4 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | P-5 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | 1636 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | 1638 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | 1637 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | 1639 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | 1640 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | 1641 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | 1642 |
| 5/25/2021 | Josh Hulen/Ann Wilhelm Chats/Emails | 1694 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1504T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1505 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1505A1 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1505A2 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1506T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1506A1 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1506A2 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1507T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1508T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1508A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1509T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1510T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1510A |

| | | |
|---|---|---|
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1511T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1512T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1512A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1513T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1513A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1514T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1514A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1515T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1516T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1516A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1517T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1517A1 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1517A2 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1518T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1518A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1519 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1520T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1520A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1521T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1522T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1522A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1523T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1523A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1524T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1524A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1525T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1525A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1526 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1526A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1527T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1527A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1528T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1528A1 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1528A2 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1529 |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1530T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1530A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1531T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1531A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1532A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1532T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1533T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1533A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1534T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1534A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1535T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1535A |

| | | |
|---|---|---|
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1536T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1536A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1537T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1537A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1538T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1538A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1539T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1539A |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1540T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1541T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 1542T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 650T |
| 5/25/2021 | Sergey Denisoff Chats/Emails | 678T |
| 5/25/2021 | VertaMedia Chats/Emails | F |
| 5/25/2021 | VertaMedia Chats/Emails | F-E1 |
| 5/25/2021 | VertaMedia Chats/Emails | F-E2 |
| 5/25/2021 | VertaMedia Chats/Emails | F-E3 |
| 5/25/2021 | VertaMedia Chats/Emails | F-E4 |
| 5/25/2021 | VertaMedia Chats/Emails | 637TE |
| 5/25/2021 | VertaMedia Chats/Emails | 640T |
| 5/25/2021 | VertaMedia Chats/Emails | 652T |
| 5/25/2021 | VertaMedia Chats/Emails | 652TA |
| 5/25/2021 | VertaMedia Chats/Emails | 653TE |
| 5/25/2021 | VertaMedia Chats/Emails | 665TE |
| 5/25/2021 | VertaMedia Chats/Emails | 1610TE |
| 5/25/2021 | VertaMedia Chats/Emails | 1619T |
| 5/25/2021 | VertaMedia Chats/Emails | 1635TE |
| 5/25/2021 | VertaMedia Chats/Emails | 1664T |
| 5/25/2021 | VertaMedia Chats/Emails | 1683TE |
| 5/25/2021 | VertaMedia Chats/Emails | 2106 |
| 5/25/2021 | VertaMedia Chats/Emails | 2200 |