# ZMO Law PLLC

October 14, 2021

***Via ECF and email***

Hon. Eric Komitee
Eastern District of New York
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE: *U.S. v. Aleksandr Zhukov*, 18 Cr. 633

Dear Judge Komitee:

This office represents Aleksandr Zhukov in the above-captioned case. I write to request that the sentencing currently scheduled for tomorrow, October 15, 2021, be adjourned to November 10 at 2:30 p.m. The reason for this adjournment is that Mr. Zhukov only received the government's Sentencing Submission on Tuesday, has not had an opportunity to speak with me about it, and has not seen our response filed on his behalf. I have contacted Assistant U.S. Attorney Saritha Komatireddy with regards to this request, and the government does not object.

Thank you for your attention to this case.

    Very truly yours,

    *Zachary Margulis-Ohnuma*

    Zachary Margulis-Ohnuma

CC:    Saritha Komatireddy (via ECF and email)
        Artie McConnell (via ECF and email)
        Alexander Mindlin (via ECF and email)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com