

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMPAFM
F. #201602228

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 23, 2021

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Aleksandr Zhukov
                Criminal Docket No. 18-633 (S-1 (EK)

Dear Judge Komitee:

      On May 28, 2021, a jury convicted Aleksandr Zhukov on all counts of the superseding indictment in the above-captioned matter. On November 10, 2021, Your Honor imposed a total sentence of 120 months' imprisonment on those counts.

      In light of the foregoing, the government moves to dismiss Counts 1, 2, 3 and 4 in the underlying indictment, see ECF No. 8, as to Zhukov.

                                  Respectfully submitted,

                                  BREON PEACE
                                  United States Attorney

                By:    /s/ Alexander Mindlin
                          Alexander Mindlin
                          Assistant U.S. Attorney
                          (718) 254-6433

cc:    Zachary Margulis-Ohnuma (by ECF)