IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Case No.: 18-cr-00633

ALEKSANDR ZHUKOV,
    Defendant.
_____/

MOTION FOR RETURN OF PROPERTY PURSUANT TO RULE 41(g)

NOW COMES the Defendant, Aleksandr Zhukov, proceeding pro se, respectfully moves this Court for the return of property pursuant to Federal Rule of Criminal Procedure 41(g).

On or about November 6, 2018, agents of the Federal Bureau of Investigation (FBI) seized certain personal property belonging to the Defendant, including but not limited to computers, cell phones, and other electronic devices. The following property was seized:

- Play Station
- Xbox
- Ipad Pro
- Iphone
- Samsung Galaxy
- Imac
- Several hard drives
- Apple Wifi Router
- Several Flash Drives

This propery was used as evidence during the criminal proceedings in the above-captioned case. In the Judgment and Commitment Order, the Court ordered forfeiture of certain monetary assets. However, the Judgment did not include forfeiture of Defendant's personal electronic devices. Pursuant to Rule 41(g), Defendant res-

respectfully requests that the Court order the return of the seized items. Because Defendant is currently incarcerated and will soon be returning abroad, Defendant further requests that the Court direct the Government to release and ship the property to his authorized recipient:

>Julia Ladyzhenskaya
>11707 Mollyknoll Ave.
>Whittier, CA 90604
>United States

Defendant authorizes his sister, Julia Ladyzhenskaya, to receive the property on his behalf. Ms. Ladyzhenskaya is not a party to this proceeding; she is listed solely for the purpose of receiving Defendant's personal belongings.

Defendant further requests that the Court order the Government, its agencies, and their agents not to dispose of, sell, transfer, or otherwise alienate any of the seized property listed above, and to preserve such property in the Government's custody pending the Court's ruling on this motion.

WHEREFORE, Defendant respectfully requests that this Court issue an order directing the Government to return the seized electronic devices described above and to release them to Defendant's authorized recipient, Julia Ladyzhenskaya, at the address stated.

Respectfully Submitted,

10, 15. 2025
_____
Date

S:/ _____
Aleksandr Zhukov
Reg. No. 91388-053
FMC Butner
P.O. Box 1600
Butner, NC 27509

⇔91388-053⇔
Aleksandr Zhukov
PO BOX 1600.
#91388-053
Butner, NC 27509
United States

CERTIFIED MAIL

9589 0710 5270 3271 5434 57

Retail
U.S. POSTAGE PAID
FCM LG ENV
BUTNER, NC 27509
OCT 17, 2025
11201
$0.00
RDC 99
S2322W501797-04

⇔91388-053⇔
Dist Court Eastern District Ny
225 Cadman PLZ E
Court Clerk Room 118S
Brooklyn, NY 11201-1818
United States

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2025 ★
BROOKLYN OFFICE

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509

DATE: 10-15-25

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or issue over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.